UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | |
| PAUL GAGLIARDI, | : | |
| Plaintiff, | : | CIVIL CASE NO. |
| | : | 3:17-cv-00857-VAB |
| v. | : | |
| | : | |
| SACRED HEART UNIVERSITY, | : | |
| INCORPORATED, | : | |
| Defendant. | : | DECEMBER 4, 2017 |
| | : | |

## DEFENDANT SACRED HEART UNIVERSITY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL DAMAGE ANALYSIS

Pursuant to Fed. R. Civ. Pro. 37 and D. Conn. L. Civ. R. 37, the Defendant, Sacred Heart University, Incorporated, ("SHU"), has moved for an order compelling Plaintiff to serve a compliant preliminary damages analysis. As set forth below, SHU's motion should be granted.

I.    **BACKGROUND**

On October 3, 2017, the Court set a scheduling order requiring, among other things, that Plaintiff serve a preliminary damage analysis by November 3, 2017. (Docket No. 17.) On November 3, 2017, Plaintiff's counsel's office sent to SHU's counsel an e-mail attaching a document entitled "Preliminary Damages Analysis." (Attached as Exhibit A.) The e-mail read:

Attached is the draft Damages Analysis with regard to the above-referenced matter. We are waiting for Mr. Gagliardi to provide us with his wage information and supporting documents. We expect to have an updated analysis soon.

*Id*. The attached "Preliminary Damages Analysis" listed several categories of damages, but for each category, stated only "$TBD," with no calculation of damages.

Twice, on November 10, and 20, 2017, the undersigned wrote e-mails to Plaintiff's counsel requesting a compliant damages analysis. (Attached as Exhibit B.) No response to these e-mails was ever received, and no compliant damages analysis was ever provided. (Affidavit of

113425150.1

counsel attached as Exhibit C, ¶ 5.)  Based on the above, the undersigned has conferred with opposing counsel in an effort in good faith to resolve by agreement the issues raised by the motion without the intervention of the Court, and has been unable to reach such an agreement. (*Id.*, ¶ 6.)

## II.    ARGUMENT

If a party fails to respond or objects to discovery, Rule 37(a) of the Federal Rules of Civil Procedure provides that the requesting party may, "upon reasonable notice to other parties and all persons affected thereby," move to compel compliance.

The damages disclosure provision of Rule 26 provides in pertinent part: [A] party must, without awaiting a discovery request, provide to the other parties . . . a computation of each category of damages claimed . . . "  Fed. R. Civ. P. 26(a)(1)(A)(iii).  The "preliminary damages analysis" served by Plaintiff contains no "computation of each category of damages claimed" and is therefore non-compliant.  It also does not provide SHU with the information necessary to evaluate Plaintiff's damages claim.  Plaintiff is well past his deadline for serving a complaint damage analysis.  Plaintiff should be compelled to immediately submit his overdue damages analysis.

## III.    CONCLUSION

For the reasons set forth above, SHU respectfully request that its Motion to Compel be granted.

113425150.1

THE DEFENDANT,
SACRED HEART UNIVERSITY,
INCORPORATED


By: /s/ Jonathan C. Sterling
    James M. Sconzo, Esq. (ct04571)
    Jonathan C. Sterling, Esq. (ct24576)
    Jillian R. Orticelli, Esq. (ct28591)
    CARLTON FIELDS JORDEN BURT, P.A.
    One State Street, Suite 1800
    Hartford, CT  06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    jsconzo@carltonfields.com
    jsterling@carltonfields.com
    jorticelli@carltonfields.com

    Its Attorneys

3

113425150.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/ Jonathan C. Sterling
Jonathan C. Sterling, Esq. (ct245761)

4

113425150.1