# Exhibit A

## Sterling, Jonathan C.

| | |
|---|---|
| **From:** | Shaun Murphy <shaun@sullivanheiser.com> |
| **Sent:** | Friday, November 03, 2017 3:02 PM |
| **To:** | Orticelli, Jillian R.; Sterling, Jonathan C.; Sconzo, James M. |
| **Cc:** | Ted Heiser |
| **Subject:** | Gagliardi vs. SHU - Damages Analysis |
| **Attachments:** | 2017.11.03 Gagilardi - damages Analysis.pdf |

Dear Counsel:

Attached is the draft Damages Analysis with regard to the above-referenced matter. We are waiting for Mr. Gagliardi to provide us with his wage information and supporting documents. We expect to have an updated analysis soon.

If you have any questions, feel free to contact our office any time.

Thank you,

Shaun


Shaun Murphy, Paralegal
Assistant to Theodore W. Heiser, Esq.
shaun@sullivanheiser.com

Sullivan Heiser, LLC
116 East Main Street
Clinton, CT 06413

T. 860-664-4440
F. 860-664-4422

CAUTION: This electronic mail message and any attachments are confidential and may contain information protected by the attorney client privilege or may constitute attorney work product, and are intended only for the addressee(s). If you have received this message in error, or are not the intended recipient(s), please discard this message any any attachments by deleting any electronic copies and destroying any hard copies. Please notify the sender immediately that you have received this message in error.

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL GAGLIARDI,                               : Civil Action No. 3:17-cv-00857 (VAB)
                                              :
              Plaintiff,                      :
     v.                                       :
                                              :
SACRED HEART UNIVERSITY,                      : NOVEMBER 3, 2017
                                              :
              Defendant.                      :

**PLAINTIFF'S PRELIMINARY DAMAGES ANALYSIS**

COMES NOW, the plaintiff, Paul Gagliardi, and provides the following damages analysis:

| | | |
|---|---|---|
| 1 | Back pay from September 18, 2016 to the present - calculated as difference between earnings from private coaching (using 2017 annual income) and expected earnings from SHU position ($20,000) and private coaching (using 2016 annual income) | $TBD |
| 2 | Back pay from 2016 to 2018 based on Equal Pay Act claims and Title IX claims – amount to be determined through discovery and based on the plaintiff's earnings versus other similarly situated female coaches or coaches of women's teams | $TBD |
| 3 | Punitive damages under all counts of Complaint | $TBD |
| 4 | Compensatory damages – emotional distress | $TBD |
| 5 | Attorney's fees – the higher of 1/3 of verdict or Lodestar value awarded by | $TBD + |

1

| the Court | |
|-----------|--|
|  | |

PLAINTIFF,
PAUL GAGLIARDI

BY:_____
　　Theodore W. Heiser
　　ct23807
　　Sullivan Heiser
　　116 East Main Street
　　Clinton, Connecticut 06413
　　Telephone: (860) 664-4440
　　Facsimile:  (860) 664-4422 (fax)
　　twh@sullivanheiser.com
　　　His attorney

2

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


        __ct23807_____
        Theodore W. Heiser, Esq.

3