# Exhibit B

## Sterling, Jonathan C.

| | |
|---|---|
| **From:** | Sterling, Jonathan C. |
| **Sent:** | Monday, November 20, 2017 1:26 PM |
| **To:** | 'Shaun Murphy'; Orticelli, Jillian R.; Sconzo, James M. |
| **Cc:** | 'Ted Heiser' |
| **Subject:** | RE: Gagliardi vs. SHU - Damages Analysis |

Shaun, please confirm we can expect to receive a compliant damage analysis this week, or we will be forced to seek the court's involvement.

Thank you.

**From:** Sterling, Jonathan C.
**Sent:** Friday, November 10, 2017 12:10 PM
**To:** 'Shaun Murphy'; Orticelli, Jillian R.; Sconzo, James M.
**Cc:** Ted Heiser
**Subject:** RE: Gagliardi vs. SHU - Damages Analysis

Hi Shaun, I'm following up on this.

The damages analysis does not contain any information whatsoever and does not comply with the court's requirements.  Please forward a compliant analysis as soon as possible.

Thank you.

Jon

**From:** Shaun Murphy [mailto:shaun@sullivanheiser.com]
**Sent:** Friday, November 03, 2017 3:02 PM
**To:** Orticelli, Jillian R.; Sterling, Jonathan C.; Sconzo, James M.
**Cc:** Ted Heiser
**Subject:** Gagliardi vs. SHU - Damages Analysis

Dear Counsel:

Attached is the draft Damages Analysis with regard to the above-referenced matter.  We are waiting for Mr. Gagliardi to provide us with his wage information and supporting documents.  We expect to have an updated analysis soon.

If you have any questions, feel free to contact our office any time.

Thank you,

Shaun

Shaun Murphy, Paralegal
Assistant to Theodore W. Heiser, Esq.
shaun@sullivanheiser.com

1

Sullivan Heiser, LLC
116 East Main Street
Clinton, CT 06413

T. 860-664-4440
F. 860-664-4422

CAUTION:  This electronic mail message and any attachments are confidential and may contain information protected by the attorney client privilege or may constitute attorney work product, and are intended only for the addressee(s).  If you have received this message in error, or are not the intended recipient(s), please discard this message any any attachments by deleting any electronic copies and destroying any hard copies.  Please notify the sender immediately that you have received this message in error.