# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL GAGLIARDI,<br>          Plaintiff, | : <br> : <br> : | CIVIL CASE NO.<br>3:17-cv-00857-VAB |
| v. | : <br> : | |
| SACRED HEART UNIVERSITY,<br>INCORPORATED,<br>          Defendant. | : <br> : <br> : <br> : | DECEMBER 4, 2017 |

**AFFIDAVIT OF ATTORNEY JONATHAN C. STERLING**
**IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DAMAGE ANALYSIS**

The undersigned counsel for Defendant Sacred Heart University, Incorporated ("SHU"),

Jonathan C. Sterling, submits this affidavit in support of Defendant's Motion to Compel Damage

Analysis.  Having been duly sworn, I, Jonathan C. Sterling, do hereby state the following:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am counsel for Defendant in the above captioned matter.

3.      I make the following statements in support of Defendant's Motion to Compel

Damage Analysis.

4.      Twice, on November 10, and 20, 2017, I wrote e-mails to Plaintiff's counsel

requesting a compliant damages analysis.

5.      I never received any response to these e-mails, and no revised damages analysis

was ever provided in response to my e-mails.

6.      Based on the above, I conferred with opposing counsel in an effort in good faith

to resolve by agreement the issues raised by the Motion to Compel without the

intervention of the Court, and has been unable to reach such an agreement.

113425324.1

## **VERIFICATION**

The foregoing statements are true and accurate to the best of my knowledge, information and belief.

By: _____

Jonathan C. Sterling

Subscribed and sworn to before me this 4th day of December 2017.

James M. Sconzo
Commissioner of the Superior Court

2

113425324.1