UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | |
| PAUL GAGLIARDI, | : | |
| Plaintiff, | : | CIVIL CASE NO. |
| | : | 3:17-cv-00857-VAB |
| v. | : | |
| | : | |
| SACRED HEART UNIVERSITY, | : | |
| INCORPORATED, | : | |
| Defendant. | : | DECEMBER 4, 2017 |
| | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT SACRED HEART
UNIVERSITY'S MOTION TO AMEND AFFIRMATIVE DEFENSES**

Pursuant to Fed. R. Civ. P. 15, the Defendant Sacred Heart University, Incorporated

("SHU") has moved the Court for permission to amend its Answer and Affirmative Defenses to

add one additional affirmative defense.  A copy of the proposed amendment is attached hereto as

Exhibit A.  As set forth below, SHU's Motion should be granted.

**I.     PROCEDURAL BACKGROUND**

The Plaintiff began this civil action by filing his Complaint on May 23, 2017.  On June

15, 2017, Plaintiff amended his Complaint, and, on August 14, 2017, SHU answered and

asserted five special defenses.  Count Three of the Amended Complaint asserts a claim for

alleged "Violation of the Equal Pay Act."  With this Motion, SHU seeks only to add a Sixth

Affirmative Defense, as follows: "Plaintiff's level of compensation has at all times been based

on a merit system and/or other factors other than sex," which is addressed to Count Three.

113425429.1

## II.    LEGAL STANDARD

As the Second Circuit stated in *Monahan v. New York City Dept. of Corrections*, 214

F.3d 275, 283 (2d Cir. 2000):

> Rule 15 of the Federal Rules of Civil Procedure provides that leave to amend a party's pleading "shall be freely given when justice so requires." Fed.R.Civ.Proc. 15. The Rule reflects two of the most important principles behind the Federal Rules: pleadings are to serve the limited role of providing the opposing party with notice of the claim or defense to be litigated, *see Conley v. Gibson*, 355 U.S. 41, 47-48, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957), and "mere technicalities" should not prevent cases from being decided on the merits, *see Foman v. Davis*, 371 U.S. 178, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962). See also 6 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure: Civil 2d § 1471 (2d ed.1990). Thus, absent evidence of undue delay, bad faith or dilatory motive on the part of the movant, undue prejudice to the opposing party, or futility, Rule 15's mandate must be obeyed. *Foman*, 371 U.S. at 182, 83 S.Ct. 227.

## III.    ARGUMENT

SHU seeks to amend its affirmative defenses in only one regard: to include a Sixth

Affirmative Defense directed  to Count Three.  This addition is essential to SHU's defense of

this matter, and this request to amend should be "freely given."  There is no evidence of any

undue delay, bad faith or dilatory motive on the part of SHU, or undue prejudice to Plaintiff, or

futility.  Indeed, there have been no depositions in the case and discovery does not end until July

2018, and Plaintiff has been permitted to amend his Complaint already.

## IV.    CONCLUSION

For the forgoing reasons, SHU's Motion to Affirmative Defenses should be granted.

113425429.1

THE DEFENDANT,
SACRED HEART UNIVERSITY,
INCORPORATED


By:   /s/ Jonathan C. Sterling
      James M. Sconzo, Esq. (ct04571)
      Jonathan C. Sterling, Esq. (ct24576)
      Jillian R. Orticelli, Esq. (ct28591)
      CARLTON FIELDS JORDEN BURT, P.A.
      One State Street, Suite 1800
      Hartford, CT  06103
      Tel.: 860-392-5000
      Fax: 860-392-5058
      jsconzo@carltonfields.com
      jsterling@carltonfields.com
      jorticelli@carltonfields.com

      Its Attorneys

3

113425429.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/ Jonathan C. Sterling
Jonathan C. Sterling, Esq. (ct245761)

4

113425429.1