UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | |
| PAUL GAGLIARDI, | : | |
| Plaintiff, | : | CIVIL CASE NO. |
| | : | 3:17-cv-00857-VAB |
| v. | : | |
| | : | |
| SACRED HEART UNIVERSITY, | : | |
| INCORPORATED, | : | |
| Defendant. | : | SEPTEMBER 14, 2018 |
| | : | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant, Sacred Heart University, Incorporated ("SHU"), has moved for summary

judgment on all counts in Plaintiff's operative Amended Complaint filed June 15, 2017 (the

"Complaint").  For the reasons set forth in the accompanying Memorandum of Law, SHU

requests that its Motion be granted, and that judgment enter in SHU's favor as to all of Plaintiff's

claims.

THE DEFENDANT,
SACRED HEART UNIVERSITY,
INCORPORATED

By: _/s/ Jonathan C. Sterling_____
James M. Sconzo (ct04571)
Jonathan C. Sterling (ct24576)
Jillian R. Orticelli (ct28591)
CARLTON FIELDS JORDEN BURT, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000 / Fax: 860-392-5058
Email: jscsonzo@carltonfields.com
         jsterling@carltonfields.com
         jorticelli@carltonfields.com
Its Attorneys

2

## CERTIFICATION OF SERVICE

I hereby certify that on September 14, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jonathan C. Sterling*
Jonathan C. Sterling