# Exhibit B



DEFENDANT'S
EXHIBIT
Gagliardi 1
3/16/18

12 Ashman ct              203-676-0608
Branford, CT 06405        gagliardipaul@aol.com

# Paul W. Gagliardi

**Experience**

2001-Present        USTA New England        Westborough, MA
**USTA Coordinator for Connecticut**

- Coordinate events and programs to increase tennis participation.
- Tennis industry consultant to college coaches, community groups, tennis clubs, school and other industry partners
- Presenter and speaker on community tennis and coaching at school and other non-profit organizations.

1999-2002        Yale University        New Haven, CT
**Men's Assistant Tennis Coach.**

- Coached the men's team to a top fifty national rank.
- Recruited players at national and international tennis events.
- Initiated community outreach programs, fundraising and promotional events. Managed budget for away trips and performed general administrative duties.
- Women's Assistant tennis coach 1999-2000.

1995-2006        Paul Gagliardi, USPTA        Branford, CT
**Tennis Professional and Coach.**

- Traveled internationally as a professional tennis player.
- Number one ranked New England men's open tennis player.
- Coached and trained world ranked men and women.
- Hitting partner for the Pilot Pen International tennis tournament.
- USPTA New England tennis professional of the year 2006.

1997-2001        Branford High School        Branford, CT
**Mathematics Teacher and Tennis Coach.**

- Tenured high school math teacher.
- Varsity boy's tennis coach. Coached team to an undefeated season.

1999-2006        Owenego Tennis Club        Branford, CT
**Tennis Director**

- Directed Summer Tennis Program and events.
- Doubled tennis participation in the tennis programs.

**Education**        1992-1996        Providence College        Providence, RI
B.A. Mathematics and a minor in Education.  Cum Laude, Tennis Team Captain
1997-2000        Southern CT State University        New Haven, CT
20+ credits of math and science graduate work.

SHU 000011