# Exhibit E



DEFENDANT'S
EXHIBIT
Gagliardi 23
3/16/12    54



# Sacred Heart
# UNIVERSITY

## EMPLOYEE POLICY HANDBOOK



**JULY 2015**

SHU 000285

# SACRED HEART UNIVERSITY
# EMPLOYEE POLICY HANDBOOK

## Table of Contents

### Section I

### *Introduction*

| | |
|---|---|
| Welcome to Sacred Heart University | 1 - 2 |
| University Mission Statement | 3 |
| Purpose of Employee Handbook | 4 |
| Right to Change Policies | 5 |
| Statement of At-Will Employment | 6 |

### Section II

### *General Employment Practices*

| | |
|---|---|
| Equal Opportunity Policy | 7 |
| Sexual Harassment Policy | 8 - 9 |
| Harassment Policy | 10 |
| Drug and Alcohol Policy | 11 - 12 |
| Smoke Free Campus Policy | 13 |
| Office Hours | 14 |
| Contract Review and Approval Process (effective 04.11.12) | 15-18 |
| Conflict of Interest Policy | 19 - 20 |
| Code of Conduct | 21 – 22 |
| Probationary Period Policy | 23 |
| Employment of Relatives Policy | 24 |
| Information Technology Appropriate Use Policy | 25 - 26 |
| IT Refresh Schedule & Approved Options (added 06.21.11) | 27 |
| University Property | 28 |
| Time and Attendance Policy | 29 |
| Disciplinary Action | 30 |
| Dress Policy (revised 08.29.07) | 31 |
| Separation from Employment (revised 03.23.15) | 32 |
| Inclement Weather Guidelines (revised 02.17.14) | 33 |
| Safety and Security | 34 |
| Service Awards | 35 |
| No Solicitation Policy (added 05.14.07) | 36 |
| Whistle Blowing Policy (added 08.07.08) | 37 - 39 |
| Animals/Pets On Campus Policy (10.17.13) | 40 - 41 |

i

SHU 000286

## SACRED HEART UNIVERSITY
## EMPLOYEE POLICY HANDBOOK

**Section III**                                                    **Page**

*Time Off*

Vacation Policy                                                    42 - 44
Holidays                                                           45
Personal Days                                                      46
Bereavement Leave                                                  47
Jury Duty                                                          48

**Section IV**

*Employee Benefits*

Introduction                                                       49
Health Insurance (Medical and Dental)                             50
Flexible Spending Accounts (FSA)                                   51
Retirement Plans                                                   52
Family and Medical Leave Act (FMLA)                                53 - 54
Leave of Absence (LOA)                                             55 - 56
Sick Leave Policy                                                  57 - 58
Short-Term Disability (STD) Policy                                 59 - 61
Workers Compensation                                               62
Long-Term Disability (LTD) Insurance                               63
Life and AD&D Insurance                                            64
Social Security/Medicare                                           65
SHU Education Benefits Tuition Remission Program (07.06.15)        66 - 71
Tuition Exchange Scholarship Program                               72 - 77
Military Leave of Absence                                          78

**Section V**

*Compensation*

Performance Appraisal Review Process                               79
Employee Salary Reviews and Increases                              80
Job Performance Corrective Action Process                          81
Employment Classifications                                         82
Overtime (revised 04.07.08)                                        83
Payroll Procedures and Services                                    84

SHU 000287

# SACRED HEART UNIVERSITY
# EMPLOYEE POLICY HANDBOOK

**Section VI**                                                    **Page**

*Career Development*

Job-Posting Program                                              85
Career Opportunities                                            86

SHU 000288

## EMPLOYMENT CLASSIFICATIONS

The following non-faculty employment classifications are observed by the University for the purpose of determining University benefits:

**Full-Time** - Scheduled to work a minimum of 35 hours per week for at least 40 weeks each year.

**Part-Time** - Scheduled to work less than 35 hours per week. For benefits eligibility, an employee must be scheduled to work:

> a minimum of 20 hours per week on a 12-month basis, or
> a minimum of 25 hours per week for at least 40 weeks per year

**Temporary Employees** - Hired for a limited period of time for occasional, seasonal or overload assignments, or to substitute for an employee.

82

SHU 000312