# Exhibit G



DEFENDANT'S
EXHIBIT
Gagliardi 7
3/16/18

Proposal

From employee handbook

*Sacred Heart University seeks to attract and retain highly qualified employees using a variety of management tools. This includes competitive and equitable compensation levels for an employee's position consistent with the employee's level of skill, experience, responsibility and performance. Compensation levels are based on a combination of external benchmarking data, internal equity considerations and management judgment of performance and the position.*

External benchmarking data:
As one of the more senior and highly qualified coaches, I should be at the top the NEC scale. This scale should be adjusted for cost of living in Fairfield County as more of the schools are in more rural areas. It is important to use data from similar organization such as clubs that employ tennis coaches. That data would further reveal that tennis coaches are frequently paying from $100,000 to $200,000 per year in Fairfield County.

Internal equity considerations
There are only four part time head coaches. In my eight years the culture has changed from mostly part-time to mostly full time staff. Workload and expectations have changed for head coaches as a result of the culture change.

* Staff town hall meeting are at 10am are essential to be at. With no alternative meeting offered and we are accountable for the information.
* Because of reduction of tennis scholarships there is increase in time development and recruiting.
* Part time head coaches are evaluated with the same criteria as full time head.
* Head coaches are now valued by admission and are now viewed as key contributors to enrollment. However this has led to increased demands to attend admissions events.
* Head coaches now expected more than ever to get their student athletes to do community service and be part of the community.
* There has been a dramatic increase in request from academic advising to get athletes at events because it helps retention.
* Increased compliance issues and new software to learn.

My performance in this job verse my pay is commendable. The head coach in general is viewed as valuable part of the university in terms of recruitment and retention. Here my hours in the last 365 days. Recruiting 130 hours, Admin 520 hours, Practice matches and tournaments 750 hours. I can fully itemize these hours but just to give you one example I spend 250 hours a year writing and responding to emails related to tennis. Last year I received 18,000 emails related to tennis or doing my job. I sent 9000 emails related to tennis or doing my job. I am currently logging 1400 total hours a year. A nine month 40 week 35 hours a week employee works 1400 hours. I respectfully request that my position be elevated to full time based on the guidelines set forth in the employee handbook stressing external data and internal equity. With additional consideration given to the numbers of hours need to accomplish the job.

Thank you for your attention to this matter

Paul Gagliardi

SHU 000238