# Exhibit H

DEFENDANT'S
EXHIBIT
Gagliardi   9
3/16/18   514

7/20/9  &.                                                    Re: Men's Tennis

**From:** Gagliardi, Paul W.
**Sent:** Friday, May 23, 2014 1:45 PM
**To:** Nofri, Julia E.
**Subject:** Men's Tennis

Hi Julia,

*Emails to human resources going Back to 2014. Sent itemized hours at that point as well*

Recently I met with my immediate supervisor Mike Guastelle on the topic salary increase to a full time 10 month position.  I have been the Men's Tennis Coach here at Sacred Heart for 7 years. My Resume is attached for reference. I made this request in observance of the guidelines set forth in the employee handbook on compensation. While understand that the employe handbook is not a contract, I feel my request is reasonable.

Roughly 90% of the head coaches at Sacred Heart are full time.  Many full time coaches also have full time assistants. I have a very part time shared assistant.  I am evaluated formally as a head coach through PFP, student surveys, and roster expectations.  From a work load expectation I am expected to do all tasks that every head coaches as Sacred Heart are responsible for. I have attached an accounting of my hours this year, I am compensated at a level of $12,500 a year.  No resolution was offered by my supervisor so I am writing you.

Thank you for your attention to this matter,

Paul Gagliardi

---

Paul Gagliardi Summary for the year: 2013

Matches home 10 x 6  = 60 hours
Matches away 10 x 10 = 100 hours
Tournaments 15 x 12 = 180
Practice and practice planning : 20 x 22  =440
Email 5 x 52 = *260 hours*
Recruiting = 200 hours
Fundraising 50 hours.
Team admin 2 x 52 = 104
Compliance: 60 hours   *correction*
Academic advising: 10 hours
Community service 20 hours
Various Athletic department meeting 30 hours
 realing with and order equipment 20 hours.
Court Maintenance 30 hours
Spring break supervision: 50 hours,
Professional Development 50 hours
                            *1450 hours+*

https://owa.sacredheart.edu/owa/?ae=Item&t=IPM.Note&id=RgAAAACPUMRWai%2f%2fQtmK8dmfsAtEBwCk2vZWxwaRQZ40GG%26HtN%YgAACExGRTAACk...  3/3

SHU 000185