# Exhibit I

Paul W. Gagliardi

# SACRED HEART UNIVERSITY
## PARTNERING FOR PERFORMANCE SUMMARY

| Employee Name: Paul W. Gagliardi | Job Title: Head Coach Mens Tennis PT |
|---|---|
| Employee ID: 0623167 | Evaluation Period: Fiscal Year 2014 |
| Division/Department: Athletics | Supervisor: Michael J. Guastelle |

| Objectives/Key Responsibilities | Employee Comments | Employee Rating | Weighting | Supervisor Rating |
|---|---|---|---|---|
| 1. Objective: Improve finish at the NEC tournament and/or improve the team's winning percentage in dual matches. | Team improved from 5th to 3rd in the Nec standings. Team won 7 matches which is one more than the previous year. | A | 25% | S |
| 2. Objective: Communicate more effectively with student-athletes and coaching staff on daily schedule/needs for the team. | Coach was on campus with office hours averaging 10 hours a week. This help to communicate more effectively with student-athletes and coaching staff on daily schedule/needs for the team. | A | 25% | S |
| 3. Objective: Increase roster size to 10 and recruit student athletes who can compete competitively at the Division I level and be successful in the classroom at SHU. | The 2014-2015 team will have 14 players. 10 of which are high level division I players. The class of 2018 will have 5 players. Each one of the players had a high school GPA 3.4 or better. There will also be one transfer. | A | 25% | S |
| 4. Objective: Assist Director of Tennis in fund raising initiatives that are more focused towards the men's tennis program through the head coach's contacts and former players. | Participated in team luncheon. 20th anniversary alumni event. Initiated fundraising activities involving tee shirt sales and extraman cards. Participated in activities to raise money for spring break trip to Hawaii. Ran tennis events at the courts which raised money for the team. Raise $4000 in gifts $2600 in miscellaneous for a total of $6,600 on the year. | A | 25% | S |

Total:          100%

Ratings Key

A = Above Expectation          S = Solid Performance          I = Improvement Needed

| Competency Skills | Employee Comments | Employee Rating | Supervisor Rating |
|---|---|---|---|

1 of 5

6/9/14 1:19 PM


DEFENDANT'S EXHIBIT 8
Gagliardi
3/16/18  SM

SHU 000048

Paul W. Gagliardi                                    htr⁓⁓/online.sacredheart.edu/pfp/PrintEvaluation.aspx

| | | | |
|---|---|---|---|
| **1. Organizational Skills**: Ability to effectively and efficiently manage priorities, create appropriate procedures, manage the workforce and other available resources in order to optimize productivity. | Executed all areas of the the tennis program. | 5 - Outstanding | 3 - Solid Performance |
| **2. Communication Skills**: Listening/Receptivity: Listens conscientiously and appreciates others' input and ideas; tracks conversations accurately, takes action to ensure that communications with others are open, understood and two-way. | Put together player manual that explained procedures for the team. | 5 - Outstanding | 3 - Solid Performance |
| **3. Job Knowledge**: Understands normal job expectations. Demonstrates and maintain current knowledge and skills necessary to perform the job effectively, including job-specific technical procedural competencies. In certain positions, this includes knowledge of University policies, rules, procedures, and their supporting statutes. | Attend the ITA coaches convention for professional development. Attended compliance and recruiting software meetings. CPR training. | 5 - Outstanding | 4 - Above Expectation |
| **4. Team-Oriented**: Establishes and maintains effective working relationships with others in | Attend all town hall meeting and professional development. Attended admissions events required by department. Attended meeting for head coaches. | 5 - Outstanding | 4 - Above Expectation |

6/9/14 1:19 PM

SHU 000049

Paul W. Gagliardi                                              htt~~~//online.sacredheart.edu/pfp/PrintEvaluation.aspx

| | | | |
|---|---|---|---|
| working toward common goals; contributes to a work atmosphere conducive to team development. Shares information, expertise and resources with others. | | | |
| **5. Time Management**: Ability to use available work time efficiently in order to complete tasks/assignments on schedule as required for the position. | Worked full time outside of Sacred Heart and completed all tasks and assignments for Sacred Heart. | 5 - Outstanding | 3 - Solid Performance |

**Supervisor's Evaluation:**
(Including major areas of performance successes and major areas of performance development and areas of concern.)

From a competitive standpoint, Paul's team made some improvements over last year by reaching the semifinals of the Northeast Conference tournament. Individually, each student-athlete improved throughout the season with one of Paul's doubles teams earning All-NEC honors. Paul understands the game of tennis and implements that knowledge through quality on the court instruction and is respected by his student-athletes for his understanding of the game.

Administratively, Paul continues to grow in all aspects of the position as head coach. Fund raising improved this year, however, I would like to see more tangible $$$ gifts through his connection with student-athletes he has coached at SHU.

<u>Overall Performance Rating:</u>      **Above Expectation**
                                       ✓ **Solid Performance**
                                       **Improvement Needed**

| Major Developmental Goals and Objectives for Next Fiscal Year | Weighting |
|---|---|
| 1. Build upon the competitive success of this past year and improve win/loss record and/or conference tournament finish. | 25% |
| 2. Develop fund raising initiatives outside of events currently in place for the program. | 25% |
| 3. Continue to improve student-athlete experience at SHU through on the court coaching and off the court mentoring. | 25% |

6/9/14 1:19 PM

**SHU 000050**

Paul W. Gagliardi                                              http://online.sacredheart.edu/pfp/PrintEvaluation.aspx

| | |
|---|---|
| 4. Assist Director of Tennis in developing a plan to execute a Division I experience for the student-athlete even though the head coaching position is currently part-time. | 25% |

## COMMITMENT TO NCAA RULES COMPLIANCE

Please be advised that as a staff member of this NCAA member institution, you are subject to all applicable rules and regulations set forth by the NCAA and our conferences. As an employee of Sacred Heart University with job responsibilities involving NCAA rules compliance, you are subject to annual evaluation of these duties listed in your job description. This includes a commitment to uphold the standards of rules compliance and academic progress as defined by the NCAA and Sacred Heart University. Additionally, you have affirmed reading the attachment to your performance evaluation with regard specifically to **NCAA Bylaw, Article 10 Ethical Conduct**.

| | | | | |
|---|---|---|---|---|
| Demonstrates a commitment to and knowledge of NCAA rules | Not Applicable | Needs Improvement | ✓ Good | Very Good |
| Keeps abreast of current NCAA rules related to position. | Not Applicable | Needs Improvement | ✓ Good | Very Good |
| Either hard copy or electronic version readily accessible on desk. | Not Applicable | Needs Improvement | ✓ Good | Very Good |
| Works closely with Athletic Department personnel in all matters related to NCAA rules compliance | Not Applicable | Needs Improvement | ✓ Good | Very Good |
| Participates in institutional NCAA rules education activities | Not Applicable | Needs Improvement | ✓ Good | Very Good |
| Participates in NCAA professional development event annually (off-campus convention, conference or seminar) | Not Applicable | Needs Improvement | ✓ Good | Very Good |

### Employee's Comments

In general the evaluation process for a part time employee on the same scale as a full time employee who could also have a full time assistant seems to be challenging for both employee and the supervisor. I feel that the evaluation needs revision and discussion on many items. For example my roster goal was ten and I now have 14 players for next year. When I came into the job players did not have the resources for uniforms, strings and court time. Being connected to the tennis community I have been able to negotiate low rates and access to equipment and indoor court time which is helping to raise funds by reducing expenditure. In general both the women's and men's team had never had to purchase practice tennis balls because I get them donated. Time management is also a slippery slope to evaluate a part time person on because I have no definition of how much time the job requires. In addition there are other things that are beyond my control for example a 40% reduction in scholarship in 2010. It is pretty clear that the team could be celebrating it fourth NEC championship in a row if this reduction did not occur. Finally not sure how I am being evaluated on compliance.

### Reviewer's Comments

4 of 5                                                                                  6/9/14 1:19 PM

SHU 000051

Paul W. Gagliardi

Evaluated by (Supervisor)    Date

I have met with and discussed this evaluation with the employee.

Next Level Supervisor    Date

Employee's Signature    Date
(Represents acknowledgement, not necessarily agreement)

Status = 3

6/9/14 1:19 PM

SHU 000052