# Exhibit J

Paul W. Gagliardi



DEFENDANT'S
EXHIBIT
Gagliardi  10
3/10/18  sly

7/23/15 2:40 PM

## SACRED HEART UNIVERSITY
## PARTNERING FOR PERFORMANCE SUMMARY

| Employee Name: Paul W. Gagliardi | Job Title: Head Coach Mens Tennis PT |
|---|---|
| Employee ID: 0623167 | Evaluation Period: Fiscal Year 2015 |
| Division/Department: Athletics | Supervisor: Michael J. Guastelle |

| Objectives/Key Responsibilities | Employee Comments | Employee Rating | Weighting | Supervisor Rating |
|---|---|---|---|---|
| Objective: Build upon the competitive success of this past year and improve win/loss record and/or conference tournament finish. | Team played a very strong schedule so we did not improve win loss record. Weaker teams refused to play us. Limited recruiting time because of part time status | S | 25% | I |
| Objective: Develop fund raising initiatives outside of events currently in place for the program. | Develop fundraising tournaments and letter writing campaign. Personally donate money to the program. | S | 25% | I |
| Objective: Continue to improve student-athlete experience at SHU through on the court coaching and off the court mentoring. | Provided full practice and play opportunities on par with Di programs in the Northeast. | S | 25% | S |
| Objective: Assist Director of Tennis in developing a plan to execute a Division I experience for the student-athlete even though the head coaching position is currently part-time. | Historically players have had a good experience. It could be better as we are operating on limited staff. | S | 25% | S |

Total:                          100%

Ratings Key

A = Above Expectation          S = Solid Performance          I = Improvement Needed

| Competency Skills | Employee Comments | Employee Rating | Supervisor Rating |
|---|---|---|---|
| 1. Organizational Skills: Ability to effectively and efficiently manage priorities, create appropriate procedures, manage | Developed and executed practice and match schedule. | 3 - Solid Performance | 3 - Solid Performance |

SHU 000043

Paul W. Gagliardi                                                                    7/23/15 2:40 PM

| | | | |
|---|---|---|---|
| the workforce and other available resources in order to optimize productivity. | | | |
| 2. Communication Skills: Listening/Receptivity: Listens conscientiously and appreciates others' input and ideas; tracks conversations accurately, takes action to ensure that communications with others are open, understood and two-way. | organized player meetings and developed player manual. | 3 - Solid Performance | 3 - Solid Performance |
| 3. Job Knowledge: Understands normal job expectations. Demonstrates and maintain current knowledge and skills necessary to perform the job effectively, including job-specific technical procedural competencies. In certain positions, this includes knowledge of University policies, rules, procedures, and their supporting statutes. | No issues pertaining to "Job Knowledge" | 3 - Solid Performance | 4 - Above Expectation |
| 4. Team-Oriented: Establishes and maintains effective working relationships with others in working toward common goals; contributes to a work atmosphere conducive to team development. Shares information, expertise and resources with others. | Attended department meetings, academic meetings, and other meetings. Worked with different departments effectively | 3 - Solid Performance | 3 - Solid Performance |
| 5. Time Management: Ability to use available work time efficiently in order to complete tasks/assignments on | Manage time effectively. | 3 - Solid Performance | 3 - Solid Performance |

SHU 000044

Paul W. Gagliardi                                                                                              7/23/15 2:40 PM

| schedule as required for the position. | | | | |
|---|---|---|---|---|

**Supervisor's Evaluation:**
(Including major areas of performance successes and major areas of performance development and areas of concern.)

From a competitive standpoint, the program played a highly competitive schedule this past year. It struggled however winning just four dual matches and earning a #6 seed out of 7 programs in the Northeast Conference after reaching the semifinals the prior year at the NEC tournament as well as winning 7 duals matches in 2013-2014. Paul is very knowledgeable about the sport and team commented that they would recommend others to play for Paul. I expect the program to bounce back competitively in 2015-2016.

The men's team enjoyed its finest year in the classroom. The team posted an impressive 3.5 grade point average for the year and earned the highest men's team GPA in both the fall and spring semester. The program will be named an Intercollegiate Tennis Association Division I All-Academic team for only the second time in its history.

As the program's administrator, my main concern with Paul is his overall attitude towards the head coaching position being a part-time position. Being a part-time head coach is difficult and defintely has its challenges, however, this cannot be the reason for a lack of enthusiasm and commitment needed in order for the program to improve from its current state. He is an excellent coach and teacher of the game and I look forward to helping him any way so I can to make the program better competitively, administratively, etc. this upcoming year.

<u>Overall Performance Rating:</u>   Above Expectation
✓ **Solid Performance**
**Improvement Needed**

| Major Developmental Goals and Objectives for Next Fiscal Year | Weighting |
|---|---|
| 1.  Improve win/loss record or seeding/tournament finish in the Northeast Conference. | 25% |
| 2.  Work collaboratively with Director of Tennis in developing new fund raising opportunities for men's tennis alumni who have played under Paul's coaching the last 9 years. | 25% |
| 3.  Continue the development of his student-athletes competitively on the court and in the classroom | 25% |
| 4.  Improvement of attitude towards the men's head tennis coaching position in its current state. | 25% |

## COMMITMENT TO NCAA RULES COMPLIANCE

Please be advised that as a staff member of this NCAA member institution, you are subject to all applicable rules and regulations set forth by the NCAA and our conferences. As an employee of Sacred Heart University with job responsibilities involving NCAA rules compliance, you are subject to annual evaluation of these duties listed in your job description. This includes a commitment to uphold the standards of rules compliance and academic progress as defined by the NCAA and Sacred Heart University. Additionally, you have affirmed reading the attachment to your performance evaluation with regard specifically to **NCAA Bylaw, Article 10 Ethical Conduct.**

| | | | | |
|---|---|---|---|---|
| Demonstrates a commitment to and knowledge of NCAA rules | Not Applicable | Needs Improvement | ✓ Good | Very Good |
| Keeps abreast of current NCAA rules related to position. | Not Applicable | Needs Improvement | ✓ Good | Very Good |

Either hard copy or electronic version readily

SHU 000045

Paul W. Gagliardi                                                                                    7/23/15 2:40 PM

| | | | | |
|---|---|---|---|---|
| accessible on desk. | Not Applicable | Needs Improvement | ✓ Good | Very Good |
| Works closely with Athletic Department personnel in all matters related to NCAA rules compliance | Not Applicable | Needs Improvement | ✓ Good | Very Good |
| Participates in institutional NCAA rules education activities | Not Applicable | Needs Improvement | ✓ Good | Very Good |
| Participates in NCAA professional development event annually (off-campus convention, conference or seminar) | Not Applicable | Needs Improvement | Good | ✓ Very Good |

**Employee's Comments**

I am starting my ninth full year as head coach and have performed at a solid level. My attitude towards the coaching position is excellent. My players know that I am their for them and they appreciate what I am doing. At no time am I negative about the University. I go above and beyond to create a good experience for the players. I have made many personal and professional sacrifices to go the extra mile. One of example is playing a full number of dates (25 dates) every year. Practicing near the weekly limit. Another example is taking the team to the NCAA tournament which in itself is a great accomplishment but that required extra time. I make strong attempts at fundraising even though. Fundraising takes time. I could raise a lot of money if I did not have to work off campus in an unrelated profession. My working conditions are less than desirable and not equitable. I have made this known. I am asked to do and be evaluated as what is classified as in most institutions as a full time job. I am not given appropriate accommodations such as a well paid assistant or enough help with administrative tasks. I am asked to have four key objectives in this job all of which require a high amount of skill and require a large amount of time. Most of my time is not compensated for.

**Reviewer's Comments**

See next page for Signatures

---

**Evaluated by (Supervisor)**                                    **Date**
I have met with and discussed this evaluation with the
employee.

**Employee's Signature**                                    **Date**    7/23/2015
(Represents acknowledgement, not necessarily
agreement)

---

**Next Level Supervisor**                                    **Date**

Status = 3

SHU 000046

Paul W. Gagliardi                                                                    Page 4 of 4

| | | | | |
|---|---|---|---|---|
| Keeps abreast of current NCAA rules related to position. | ☐ Not Applicable | ☐ Needs Improvement | ☑ Good | ☐ Very Good |
| Either hard copy or electronic version readily accessible on desk. | ☐ Not Applicable | ☐ Needs Improvement | ☐ Good | ☐ Very Good |
| Works closely with Athletic Department personnel in all matters related to NCAA rules compliance | ☐ Not Applicable | ☐ Needs Improvement | ☐ Good | ☐ Very Good |
| Participates in institutional NCAA rules education activities | ☐ Not Applicable | ☐ Needs Improvement | ☐ Good | ☐ Very Good |
| Participates in NCAA professional development event annually (off-campus convention, conference or seminar) | ☐ Not Applicable | ☐ Needs Improvement | ☐ Good | ☐ Very Good |

**Employee's Comments**

[THERE ARE NO EMPLOYEE COMMENTS]

**Reviewer's Comments**

*I agree with Mike's assessment of Paul. Being a part-time coach has its draw backs, but Paul needs to embrace the program and be more positive or the position will not be more full time in the near future. We do not have the resources at this time to do so - unfortunately*

_____          7/23/15          _____          7/23/15
Evaluated by (Supervisor)          Date          Employee's Signature          Date
I have met with and discussed this evaluation with          (Represents acknowledgement, not necessarily
the employee.          agreement)

_____          6/22/15
Next Level Supervisor          Date

Status = 1

SHU 000047