# Exhibit K

Letter to human resources

October 20 2015

To Whom It May Concern,

I am male employee age 42, and have been an employee of Sacred Heart for the past 10 years. I have a great track record here at Sacred Heart and other organization as noted in the attached coaching portfolio and work related documents. I have been recognized as one of the top coaches in the eastern US. I feel that I have been discriminated against on the basis of my gender. Less experienced employees have been promoted or hired over me, and most of them are women and many of them younger and brand new to the organization and the profession of coaching. Within the last 24 months the Athletics department has created new positions including 1 new full time woman as head and at least 5 new full time assistant coaches who are women. Also ancillary resources such as full time assistant coaches, graduate assistants, scholarships, recruiting money, and budget money have been allocated to women coaching these sports. As noted in the attached document my position as tennis coach is equally or more demanding in time and responsibility then other head coaching positions within the athletics department at Sacred Heart University and without ancillary resources the job of men's tennis coach requires more expertise and excessive hours over what is asked of my female counterparts.

I am writing this letter to you as a last resort, as the previous complaints registered through our PFP process, conversations with supervisors and to human resources have not been addressed. My time here has been a good, but this discrimination is very frustrating and I feel unappreciated by the University

I have invested a good ten years of my life in this University, and I will fight this discrimination. If this problem persists I will be forced to escalate the situation. I hope this matter is solved soon, to the satisfaction of both parties.

Sincerely,

Paul Gagliardi

Men's Tennis Coach

Gagliardi Doc. Prod. 000018


DEFENDANT'S
EXHIBIT
Gagliardi 1
3/16/18    sty