# Exhibit L

CONFIDENTIAL

## Nofri, Julia E.

| | |
|---|---|
| **From:** | Hurlbut, Bradford D. |
| **Sent:** | Tuesday, January 19, 2016 10:08 PM |
| **To:** | Hardy, Robert M.; bvalent103@aol.com; Nofri, Julia E. |
| **Subject:** | Men's Tennis NEC Salary Survey |

All,

Receive a draft yesterday of the NEC salary survey.  Should be final by week's end.  They sent it to us for review and to make sure what we reported was accurate, etc.

Regarding men's tennis salaries, nothing has really changed from what I shared with all of you from last year.

Of 7 teams in NEC,  4 are reporting as full-time.  The highest that has no additional duties is $27,377.  There is one at $43k and another at $30k, but both have duties as head women's coach as well.

Other 3 in NEC are:  $18K for a full-time, 10K for a PT, and 2K for a GA.

I feel strongly we stick with what we are paying other PT Head Coaches:  $20k.

See you all at 2 pm tomorrow.

Brad

Bradford D. Hurlbut
Deputy Director of Athletics

Sacred Heart University
5151 Park Avenue
Fairfield, CT  06825

203.365.7526 (w) ● 203.365.7696 (f)

Visit us on the web at: SacredHeartPioneers.com
"Like" SHU Athletics on Facebook at: facebook.com/SacredHeartUniversityPioneers
Follow Pioneers Athletics on Twitter at: twitter.com/SHUBigRed
Subscribe to our YouTube Channel at: youtube.com/SacredHeartAthletics

1

SHU000375