# Exhibit M

SHU000376

# 2015 - 16  NEC Athletic Department Survey - SHU

CONFIDENTIAL



| Coaching Staff | | Men's Head Tennis (inc. PT) | |
| --- | --- | --- | --- |
| | | Base Salary | Total Salary |
| 1 SHU | | 13,340 (PT) | 13,340 (PT) |
| 2 | | 27,377 | 27,377 |
| 3 | | - | - |
| 4 | | 2,000 (GA) | 2,000 (GA) |
| 5 | | - | - |
| 6 | | 18,629 | 18,629 |
| 7 | | 10,000 (PT) | 10,000 (PT) |
| 8 | | 43,840 | 43,840 |
| 9 | | 30,420 | 30,420 |
| 10 | | | |
| Avg. | | $30,067 | $30,067 |

SHU000377