# Exhibit N





# Sacred Heart
# UNIVERSITY

Robert M. Hardy
Vice President for Human Resources

February 3, 2016

Mr. Paul Gagliardi
12 Ashman Court
Branford, CT 06405

Dear Paul:

This letter serves as confirmation that as of January 1, 2016, your current role as Head Coach, Men's Tennis, will become part-time benefits eligible. Your new annual salary in this position will be $20,000.00.

You will receive the standard University fringe benefits offered employees at the current time. These benefits will change from time to time. Please reference the attached summary sheet for those which will become available to you on your effective date of February 1, 2016.

This letter is not a contract of employment. Your employment at Sacred Heart University is employment "at will"; that is, you have the right to terminate at anytime, and the University has the right to terminate you with or without cause at any time.

I look forward to working with you during this exciting time of development as we continue our efforts to live out the Sacred Heart University mission by preparing men and women to live in and make their personal and professional contributions to the human community.

Please sign and return the enclosed copy of this letter as indication of your acceptance of the terms of this letter and the position.

With best wishes, I am

Sincerely yours,

Robert M. Hardy
Vice President for Human Resources

Employee Signature_____     Date_____

5151 Park Avenue, Fairfield, Connecticut 06825-1000 I (203) 365-7676 I Fax: (203) 365-7527 I www.sacredheart.edu
HARDYR@SACREDHEART.EDU

Gagliardi Doc. Prod. 000003