# Exhibit O



7/30/2016

Rob Hardy
Sacred Heart University
5151 Park Ave
Fairfield, CT 06825

Dear Rob,

*Letter to human resources confronting them on hours not being tracked.*

  I want to follow up on my complaint that putting resources into women's sports because of a title IX situation disproportionately helps female employees because there is not a standard distribution of genders in coaching, no women coach men's sports. The result is that all head coaches that are female are full time at SHU. Each one of those employees has a full time assistant who is also female to aid them. This is a discriminatory action against me based on my gender.

  Now there is another problem where I have been clearing treated poorly. The University continues to insist that that I am part time but actually no one made an attempt to track my hours to see if this is true. No one in a direct supervisory role has ever asked me for hours. I have always been the initiator giving me hours to my supervisors and HR. I am most disappointed in the fact that when I reported my hours on Kronos (I did this by my own volition) and no one was getting my hours to approve them. Your department called this a computer glitch. I am confused as its only been 10 years. Isn't it HR's responsibility implement the tracking of hours for the FLSA and Affordable Care Act? It seems like no one really wanted to document these hours and when I questioned it. I have Brad H without coming up to me and calling me a liar and that he is tired of my bull shit. The fact is that in 2014 I asked Mike G if I should be reporting my hours on Kronos and he said he did not know. I asked Brad in a documented email if I should be reporting my hours and he did not respond.

  The University also insisted on evaluating, an employee that gets paid 13k a year, more vigorously then an employee that gets paid four times as much who has a full time assistant. The poor ratings seem to correspond to my complaints. We discussed this in great length in the meeting and on the phone. Maybe you should look at the evaluations of the other coaches to see if that is true. They gave me bad ratings in 2014 on measurable items such as when I consistently fundraised more then half the head coaches and I get a rating of a 2. The reality is the team is doing well and it actually is functioning. One of my goals this year was that "I need to be more positive about the position being part time". Really? It is so disappointing based on how much I have given to the University. How about the FSLA white collar worker law that came into effect before you told me that my salary was commensurate with other institutions. Those other institution are now not in compliance with that law so logically you can't use it as a benchmark.

  Finally, moving forward in the near term the part time hours that the University insists that I work will be strictly adhered to. Until this is resolved the team may not function in a way that it has in the past. In the past I had to go above and beyond 25 hours a week just to make the team operate let a lone be successful. So there may not be a coach to take the players to most matches or tournaments, practice appropriately, fundraise and recruit because that will exceed what the university insists is the scope of my job in terms of hours.

  I will be reporting the discrepancy in my hours to OSHA and the discrimination to the EEOC with my attorney. There is still time to forward positive direction. Come up with appropriate offer that satisfies non-payment of wages, salary and benefits.

Sincerely,

Paul Gagliardi
203-275-6763



SHU 000177