# Exhibit P

Paul W. Gagliardi

## SACRED HEART UNIVERSITY
## PARTNERING FOR PERFORMANCE SUMMARY

| Employee Name: Paul W. Gagliardi | | Job Title: Head Coach Mens Tennis PT | | | |
|---|---|---|---|---|---|
| Employee ID: 0623167 | | Evaluation Period: Fiscal Year 2016 | | | |
| Division/Department: Athletics | | Supervisor: Michael J. Guastelle | | | |
| Objectives/Key Responsibilities | Employee Comments | Employee Rating | Weighting | Supervisor Rating | |
| Objective: Improve win/loss record or 1. seeding/tournament finish in the Northeast Conference. | Student athletes were provided with a first class DI experience. They competed with topnotch schedule that enable success. They were given high level coaching, facilities to practice indoors, equipment and travel opportunities including a spring break trip to Puerto Rico. We put a focus on player development where players were given more opportunities to participate in matches and practice. The result was a very successful season on and off the court. We had wins over Colgate they went 14-6 on the year. Wins over Fordham they were 14 – 7. Played Dartmouth a top 35 team and had a relatively competitive match. We finished fourth in the NEC standings. Two of the teams that finished ahead of us have double the number of scholarships. I am truly satisfied with how the coaching staff which includes Mike Guastelle are consistently able get more out of our players then everyone else. Opposing coaches complimented me " I can't believe how much your players have improved and their sportsmanship" I take pride in that because it is hard to see measurable improvement unless it is completely obvious in college tennis. Its not like you are looking at times. 50 % of the time someone has to lose. We should have ended the season with double digit wins because two our definite wins were cancelled. My second best player left school in December which put us at a competitive disadvantage. Not that I could have controlled that. His reason for leaving was the schools academics were not challenging enough. Since he had a perfect 4.0 maybe he is on to | 5 - Outstanding | 25% | 3 - Solid Performance | |

PLAINTIFF'S EXHIBIT

PENGAD 800-631-6989

9
6/21/18

Paul W. Gagliardi

Page 2 of 6

| | | | | |
|---|---|---|---|---|
| | something. My goal is to make the NCAA tournament. We actually had a chance this year. Next year I have brought in the best recruit from CT. He is also a great student. I have a top player from Hartford transferring. Given the resources that are allocated to mens tennis if feel my efforts were outstanding. | | | |
| Objective: Work collaboratively with Director of Tennis in developing new fund 2. raising opportunities for men's tennis alumni who have played under Paul's coaching the last 9 years. | I worked very hard this year attending alumni events and worked collaboratively with Mike Guastelle to raise money from players that played for me and also players that did not play for me and non-alumni. I do not fully understand how this goal is written but regardless I achieved a high level of success. The giving rate is so low among some groups of alumni but we have a high level of engagement with tennis players. Last year I had a great year of fundraising but was given a rating of a two in the evaluation but actually raised more money then 16 head coaches. I worked with Nick and Mike to roll out this legacy program. I would like say Mike was the driver of this and I was there in a supportive role. However there seem to be a confusion of who gets credit for what. Ultimately I am the head coach for men's tennis so the money that comes in for men's tennis is counted toward my goal. I am not sure why my goal has a distinction in it as to my players. Sure it is great to engage the recent grads. I do work to do that but in fact I have prior and current relationships with many of the old players. All coaches stand on the success or failures of the coach that came before them. Since Mike has good engagement that helps me. On top of that fundraising I have introduced new possible fundraising opportunities through the Professional tennis management program. This could mean a lot of money and exposure for the University. I introduced new fundraising opportunities through tournaments. In addition I have | 5 - Outstanding | 25% | 2 - Improvement Needed |

| | | | | |
|---|---|---|---|---|
| | done a good job with the current players parents. The current student athletes for the last two years have participated 100% in the SACC challenge. Men's Tennis fundraising is very competitive verse other sports and you can check with Nick W. on where we fall verse other sports. Given then size of our roster and my lack of compensation I believe that I am outstanding on this goal. | | | |
| 3. Objective: Continue the development of his student-athletes competitively on the court and in the classroom | • Overall we played 200 individual singles matches and 100 doubles matches. This far exceeds all teams in the NEC. • We won 44% Dual match singles. 52% Dual match doubles. • Most Singles Wins: Cory Seltman 16 • Most Doubles Wins: Derek Chapman 18 • 9 Wins (2 additional wins cancelled due to weather) • Played 23 dual match, 4 tournaments. • Two Rookie of the week awards. • Two Player of the week awards. • Held a total of 85 two - hour practices and meetings. • Attended 10 workout sessions with Strength and Conditioning coaches. I continued to participate in professional development in coaching. Attending the ITA coaches convention. I also went to various Uspta conference constantly learning new coaching techniques and make myself a better coach. * Team had the highest GPA even with a majority of players majoring in health sciences. | 5 - Outstanding | 25% | 3 - Solid Performance |
| 4. Objective: Improvement of attitude towards the men's head tennis coaching position in its | Since 2014 I have engage in a appropriate manner an activity that is classified as a Protected Activity. I believe that classifying me is as part time is sex based discrimination and is a violation of the equal pay act given that there are no head coaches who are female are part time and in almost cases all of the head coaches that are female have significant support of a assistant coach that is also full time. Opposition is protected from retaliation as long as it is based on a reasonable, good-faith belief that the complained of practice violates anti-discrimination law; and the manner of the opposition | 5 - Outstanding | 25% | 2 - Improvement Needed |

| current state. | is reasonable. Examples of protected opposition include: 1) Complaining to anyone about alleged discrimination against oneself or others; 2) Threatening to file a charge of discrimination. Since I have engage in both of these in an appropriate way. This objective by its nature is retaliatory and a violation of my rights since my activity is protected. How can my key objective to be not to engage in activities that are constitutionally protected. | | | |

**Total:**              **100%**

| Competency Skills | Supervisor Rating |
|---|---|
| 1. Organizational Skills: Ability to effectively and efficiently manage priorities, create appropriate procedures, manage the workforce and other available resources in order to optimize productivity. | 3 - Solid Performance |
| 2. Communication Skills: Listening/Receptivity: Listens conscientiously and appreciates others' input and ideas; tracks conversations accurately, takes action to ensure that communications with others are open, understood and two-way. | 3 - Solid Performance |
| 3. Job Knowledge: Understands normal job expectations. Demonstrates and maintain current knowledge and skills necessary to perform the job effectively, including job-specific technical procedural competencies. In certain positions, this includes knowledge of University policies, rules, procedures, and their supporting statutes. | 3 - Solid Performance |
| 4. Team-Oriented: Establishes and maintains effective working relationships with others in working toward common goals; contributes to a work atmosphere conducive to team development. Shares information, expertise and resources with others. | 3 - Solid Performance |
| 5. Time Management: Ability to use available work time efficiently in order to complete tasks/assignments on schedule as required for the position. | 3 - Solid Performance |

**Supervisor's Comments:**
(Including major areas of performance successes and major areas of performance development and areas of concern.)

From a competitive standpoint, the team improved its win total to 9 dual match wins despite losing one of its top players after the fall season. The team, however, did not advance past the opening round of the NEC tournament this season.

In terms of recruiting, Paul signed one of the top players from New England to attend SHU this coming fall. I would like to see the recruiting efforts improve to where we can recruit 1-2 additional freshmen who are a scholarship-level players at the NEC level. Despite a decrease in men's tennis scholarship funding 5 years ago, the program is appropriately funded as compared to its NEC counterparts (Avg. Men's Tennis Athletic Aid in NEC- 1.62; SHU allocates 1.44). In addition, approximately 25% of Paul's allowable tennis scholarship funding went unspent for this upcoming year's freshmen class despite losing 3 scholarship student-athletes due to graduation/transfers.

In terms of fundraising, most existing fund raising programs involving alumni, parents and friends of SHU Tennis are executed by the Director of Tennis. Paul shows up at the events but is not engaged in

Paul W. Gagliardi                                                    Page 5 of 6

the outreach, program set-up and/or solicitation of 90% of the donations that come into the program.

Overall, Paul has become disengaged from the athletic department. Many administrators have commented directly to me his lack of response to emails and other communications they send requesting information they need from his program.

As I mentioned in last year's evaluation, Paul's attitude needs to improve in order to promote a positive atmosphere for the student-athletes and the Tennis program as a whole. We will not be able to move forward with Paul as head coach unless there is a change in his daily approach to the position.

**Overall Performance Rating:**
- ☐ Outstanding
- ☐ Above Expectation
- ☐ Solid Performance
- ☑ Improvement Needed
- ☐ Below Expectation

| Major Developmental Goals and Objectives for Next Fiscal Year | Weighting |
|---|---|
| 1. From a competitive standpoint, have the team's win/loss record be .500 or better and/or program reach the semifinals at the NEC Tournament. | 25% |
| 2. Develop and execute new fund raising initiatives for the men's tennis program and its alumni. | 25% |
| 3. Improve overall attitude towards the head coaching position as currently designed as well as improve daily interaction and response time with administration when tasked with assignments. | 25% |
| 4. Continue to monitor the academic endeavors and provide a first class experience on and off the court for the men's tennis student-athlete. | 25% |

## COMMITMENT TO NCAA RULES COMPLIANCE

Please be advised that as a staff member of this NCAA member institution, you are subject to all applicable rules and regulations set forth by the NCAA and our conferences. As an employee of Sacred Heart University with job responsibilities involving NCAA rules compliance, you are subject to annual evaluation of these duties listed in your job description. This includes a commitment to uphold the standards of rules compliance and academic progress as defined by the NCAA and Sacred Heart University. Additionally, you have affirmed reading the attachment to your performance evaluation with regard specifically to NCAA Bylaw, Article 10 Ethical Conduct.

| | Not Applicable | Needs Improvement | Good | Very Good |
|---|---|---|---|---|
| Demonstrates a commitment to and knowledge of NCAA rules | ☐ | ☐ | ☑ | ☐ |
| Keeps abreast of current NCAA rules related to position. | ☐ | ☐ | ☑ | ☐ |
| Either hard copy or electronic version readily accessible on desk. | ☐ | ☐ | ☑ | ☐ |
| Works closely with Athletic Department personnel in all matters related to NCAA rules compliance | ☐ | ☐ | ☑ | ☐ |
| Participates in institutional NCAA rules | ☐ Not | ☐ Needs | ☑ Good | ☐ Very |

Paul W. Gagliardi                                                    Page 6 of 6

| education activities | Applicable | Improvement | | Good |
|---|---|---|---|---|
| Participates in NCAA professional development event annually (off-campus convention, conference or seminar) | ☐ Not Applicable | ☐ Needs Improvement | ☐ Good | ☐ Very Good |

**Employee's Comments**

[THERE ARE NO EMPLOYEE COMMENTS]

**Reviewer's Comments**

---

**Evaluated by (Supervisor)**                    **Date**
I have met with and discussed this evaluation with the employee.

**Employee's Signature**                    **Date**
(Represents acknowledgement, not necessarily agreement)

**Next Level Supervisor**                    **Date**

**Department VP Signature**                    **Date**

Status = 2

https://pfp.sacredheart.edu/PrintEvaluation.aspx                    9/19/2016