# Exhibit Q

 Gmail

Paul Gagliardi <paulgagliardi1@gmail.com>

## Fwd: Update
2 messages

**Gagliardi, Paul W.** <gagliardip@sacredheart.edu>                         Wed, Sep 28, 2016 at 9:39 PM
To: "Paul W. Gagliardi" <r

Sent from my iPhone

Begin forwarded message:

> From: "Gagliardi, Paul W." <gagliardip@sacredheart.edu>
> Date: September 23, 2016 at 6:45:31 AM EDT
> To: "Hardy, Robert M." <HardyR@sacredheart.edu>
> Subject: Re: Update



DEFENDANT'S EXHIBIT
Gagliardi 15
3/16/18   SM
PENGAD 800-631-6989

Hi Rob,

Just want to responded to this email.   First you said Kronos is not used to track hours.  Second I asked you if I should fill out the PFP and you said yes. So you were okay with that eval. Evaluating a 13 k coach on the level with a 50 k coach. Third you said that Brad set the salary. This whole thing is about compensation and you placed blame on Brad. Those are not conclusions those are facts.

I am confused... was our meeting supposed be confidential.  And you keep saying how would you know if I worked "x"  hours.  Isn't that the role of your office.

Thanks

Paul

Sent from my iPhone

On Sep 19, 2016, at 9:07 AM, Hardy, Robert M. <HardyR@sacredheart.edu> wrote:

> Paul,
>
> I was disappointed to see this email as I thought when we met on September 7th you wanted to have me/HR address your concerns. I am uncertain as to how you drew these conclusions when I hadn't even met with Bobby/Brad or Mike to address your concerns.
>
> Nonetheless, I am meeting with Mike Guastelle tomorrow morning to get his perspective on your issues.
>
> Rob Hardy
>
> On 9/16/16, 7:09 AM, "Gagliardi, Paul W." <gagliardip@sacredheart.edu>

SHU 000224

5/10/2017                                              Gmail - Fwd: Update

wrote:

Hi Bobby, Mike and Brad,

Greetings.  Recently I met with Rob Hardy at human resources on a human

resource issue.  It was very educational.  There were three top line

things that I learned. First the ED of human resources told me the

Kronos system is "not used" to track hours. Second he is not taking

ownership of PFP which he actually owns. The third thing is that he

places blame on the athletic department admin for all of his Hr

problems. In response and in your defense I stated all this baton passing
seems inappropriate.

Despite all these reindeer games on a macroscopic scale, I appreciate

all the positive changes in the athletic department.


Thanks and have a great day,


Go Pioneers


Paul Gagliardi


Sent from my iPhone



Sent from my iPhone


Gagliardi, Paul W. <gagliardip@sacredheart.edu>                    Wed, Sep 28, 2016 at 9:47 PM
To: "Paul W. Gagliardi" <

[Quoted text hidden]

SHU 000225