# Exhibit R

Notes to File Regarding
Paul Gagliardi

On August 30, 2016, Paul Gagliardi reached out to me by email resurrecting concerns that had been addressed and resolved last Winter/Spring (October 2015/February 2016).

Back in July 2016, Paul sent a letter to Jim Barquinero on July 30th indicating that he was pursuing concerns with an attorney and at that time, our legal counsel, Michael Larobina, wrote (see email dated 8/10/16) and instructed Paul to have his attorney contact him and that further communication regarding this legal matter should not be with HR or anyone within the organization.

On August 30, 2016, Paul wrote (emailed) me seeking assistance with what Paul framed "HR" issues (see email dated 8/30/16 from P. Gagliardi to R. Hardy).

I responded to Paul on 8/30/16 agreeing to meet with him as long as the topics were HR related and not of a legal nature. Paul responded by email on 8/31/16 confirming that he wanted to meet with me on "HR" issues but that he had not retained an attorney. I agreed and we met on September 7, 2016 at 3:30 p.m. to discuss his concerns.

Paul Gagliardi Meeting
September 7, 2016

I met with Paul today to hear about his concerns: Paul shared concerns about:

- The number of hours he was working (despite the 25 hour agreed # of hours)
- The tracking of these hours in Kronos
- The salary of this position
- Why this position wasn't full time

At this point in the meeting, I questioned why Paul was resurrecting these same concerns that had been raised and addressed last year (between October 2015 and February 2016) when Paul's job as Head Coach Men's Tennis had been re-evaluated and the salary adjusted from $13,340 to $20,000 on February 12, 2016.

During those meetings and job evaluations, it was determined and Paul agreed that he would limit his hours to 25 hours per week, that he would carefully track his hours in Kronos. After re-evaluating the job, it was determined that Paul would receive a salary increase from $13,340 to $20,000 annually.

Also, Paul had concerns that he was being discriminated against comparing his salary to those of other women's coaches' salaries. During that evaluation period, it was determined that there was NO discrimination against Paul. Paul's position was classified as "part-time", 25 hours per week and that was consistent and appropriate with other NEC schools with similar part-time head coaching positions.

All of these matters and concerns were carefully evaluated and it was determined that the adjusted salary of $20,000 was commensurate with the duties and responsibilities of a part-time head coach for men's tennis.

At that time, Paul agreed and accepted the new salary with the understanding that he should work 25 hours per week and track those hours in Kronos.



PLAINTIFF'S
EXHIBIT
8
C5  6/21/18

Gagliardi Notes
1

Needless to say, I indicated to Paul that I was surprised that he had reached out initially to Jim Barquinero (July 30, 2016 letter) indicating that he was pursuing legal advice on this matter when last January he was in full agreement with the terms of re-evaluation of his job, the hours and the compensations and then with me on August 30th resurrecting many of the same concerns that we had addressed last winter.

I agreed to meet with Bobby Valentine and Brad Hurlbut to review Paul's continued concerns and see if perhaps anything new had surfaced regarding Paul's hours, performance, etc.

Before I was able to schedule that meeting with Bobby and Brad, Paul sent a rather strange email to Bobby, Brad and Mike Guastelle on September 16, 2016 claiming that Paul had met with me and that basically HR was unhelpful and claims I stated, "I blame the athletic department for all of my HR problems". I found this correspondence unsettling as it was not true or accurate, that is was sent prior to me scheduling the meeting we had discussed between HR and Valentine, Hurlbut and that Paul totally misrepresented my position on the matters we had discussed at our meeting on September 7, 2016.

I am now very concerned that Paul is intentionally being disruptive and seems to be creating unnecessary animosity between my department and Athletics. Also, Paul's correspondence has become convoluted and confusing. An email dated September 21, 2016 to me, with an excerpt from a note to Mike Guastelle, compares Paul's job as part-time head coach men's tennis, to a construction example that was difficult to follow and way off subject.

Meeting with Mike Guastelle and Julia Nofri
September 20, 2016

Despite all of this unsettledness and these somewhat odd emails from Paul, Julia and I met with Mike Guastelle, Paul's supervisor, to get is perspective on Paul's concerns.

Mike expressed several concerns regarding recent behavior of Paul. Mike explained that Paul was continuing to claim that he was working many hours beyond the required 25 per week. Mike stated that he was concerned that Paul was fabricating hours to "make his point" that the part-time Head Coach Men's Tennis was a full-time job and that he was determined to prove that even if that meant Paul would embellish what work he was doing/accomplishing far beyond the required 25 hours per week.

Mike mentioned that Paul was frustrated with his annual performance review where Mike had pointed out some weaknesses and opportunities for improvement.

Also, Paul had accepted another full-time job as a teacher in early September and Paul indicated that he would have a conflict with an upcoming match as it would conflict with his new full-time job.

At this point, Mike Guastelle was recommending that we terminate Paul's employment with SHU as he had become difficult to work with and unwilling to accept the terms of this 25 hour a week part-time Head Coach Men's Tennis position. Paul was insisting that he was putting in "more than the 25 hours a week" that the position states and that his willingness to comply with the terms of the job simply wasn't working.

Julia and I agreed that Paul should be released of his duties and separated from the University. He has been unwilling to accept the terms of this position although he agreed to those terms when he initially accepted the job and when we re-evaluated last January, he continued to resist accepting the University's decision to classify the Head Coach Men's Tennis position as "part-time".

Gagliardi Notes
2
