# Exhibit S

Kronos Workforce Central(R)

*Email Paul [Itkins]*
*& complete PFP*
*- Items missed from office Page 2 of 3*
*- Hours in Kronos*

| Date | Pay Code | Amount | In | Transfer | Out | No Meal | Shift | Totals Daily |
|------|----------|--------|-----|----------|-----|---------|-------|-------|
| Fri 7/01 | Regular | 2.0 | ? | | | | | 2.0 |
| Sat 7/02 | Regular | 8.0 | 17yde Showin2 | | | | | 8.0 |
| Sun 7/03 | Regular | 6.0 | ?? | | | | | 8.0 |
| Mon 7/04 | | | | | | | | |
| Tue 7/05 | Regular | 2.0 | Mike Tennis | | | | | 2.0 |
| Wed 7/06 | Regular | 4.0 | | | | | | 4.0 |
| Thu 7/07 | Regular | 4.0 | | | | | | 4.0 |
| Fri 7/08 | Regular | 6.0 | ITA | | | | | 6.0 |
| Sat 7/09 | Regular | 8.0 | Tournml | | | | | 8.0 |
| Sun 7/10 | Regular | 8.0 | (not part of job) | | | | | 8.0 |
| Mon 7/11 | Regular | 2.0 | | | | | | 2.0 |
| Tue 7/12 | Regular | 2.0 | | | | | | 2.0 |
| Wed 7/13 | Regular | 4.0 | Mike Tennis | | | | | 4.0 |
| Thu 7/14 | Regular | 2.0 | Camp | | | | | 2.0 |
| Fri 7/15 | Regular | 2.0 | | | | | | 2.0 |
| Sat 7/16 | | | | | | | | |
| Sun 7/17 | | | | | | | | |
| Mon 7/18 | Regular | 2.0 | Mike Tennis | | | | | 2.0 |
| Tue 7/19 | Regular | 3.0 | Camp | | | | | 3.0 |
| Wed 7/20 | Regular | 2.0 | | | | | | 2.0 |
| Thu 7/21 | Regular | 2.0 | | | | | | 2.0 |
| Fri 7/22 | Regular | 2.0 | | | | | | 2.0 |
| Sat 7/23 | | | | | | | | |
| Sun 7/24 | | | | | | | | |
| Mon 7/25 | Regular | 2.0 | | | | | | 2.0 |
| Tue 7/26 | Regular | 2.0 | Cape | | | | | 2.0 |
| Wed 7/27 | Regular | 2.0 | | | | | | 2.0 |
| Thu 7/28 | Regular | 1.0 | | | | | | 1.0 |
| Fri 7/29 | Regular | 1.0 | | | | | | 1.0 |
| Sat 7/30 | | | | | | | | |
| Sun 7/31 | | | | | | | | |
| Mon 8/01 | Regular | 4.0 | | | | | | 4.0 |
| Tue 8/02 | Regular | 2.0 | ?? I was | | | | | 2.0 |
| Wed 8/03 | Regular | 2.0 | on vacation | | | | | 2.0 |
| Thu 8/04 | Regular | 2.0 | | | | | | 2.0 |
| Fri 8/05 | Regular | 2.0 | | | | | | 2.0 |
| Sat 8/06 | Regular | 6.0 | | | | | | 6.0 |
| Sun 8/07 | Regular | 3.0 | | | | | | 3.0 |
| Mon 8/08 | Regular | 3.0 | | | | | | 3.0 |
| Tue 8/09 | Regular | 3.0 | | | | | | 3.0 |
| Wed 8/10 | Regular | 2.0 | | | | | | 2.0 |
| Thu 8/11 | Regular | 2.0 | | | | | | 2.0 |
| Fri 8/12 | Regular | 2.0 | | | | | | 2.0 |
| Sat 8/13 | | | | | | | | |
| Sun 8/14 | Vacation | 8.0 | | | | | | |
| Mon 8/15 | Vacation | 8.0 | | | | | | |
| Tue 8/16 | Vacation | 0.0 | | | | | | |
| Wed 8/17 | Vacation | 0.0 | | | | | | |
| Thu 8/18 | Vacation | 2.0 | | | | | | |
| Fri 8/19 | Regular | 2.0 | | | | | | 2.0 |
| Sat 8/20 | | | | | | | | |
| Sun 8/21 | | | | | | | | |
| Mon 8/22 | Regular | 6.0 | | | | | | 6.0 |
| Tue 8/23 | Regular | 3.0 | Did not see him | | | | | 3.0 |
| Wed 8/24 | Regular | 2.0 | in office | | | | | 2.0 |
| Thu 8/25 | Regular | 3.0 | | | | | | 3.0 |

https://ta.sacredheart.edu/wfc/applications/mss/timecardlaunch.do

PLAINTIFF'S EXHIBIT 7  CF 6/21/18

9/19/2016

SHU 000242

Kronos Workforce Central(R)



| | | | |
|---|---|---|---|
| Fri 8/26 | Regular | 3.0 | 3.0 |
| Sat 8/27 | Regular | 4.0 | 4.0 |
| Sun 8/28 | | | |
| Mon 8/29 | Regular | 4.0 | 4.0 |
| Tue 8/30 | Regular | 4.0 | 4.0 |
| Wed 8/31 | Regular | 4.0 | 4.0 |
| Thu 9/01 | Regular | 2.0 | 2.0 |
| Fri 9/02 | Regular | 2.0 | 2.0 |
| Sat 9/03 | Regular | 8.0 | 8.0 |
| Sun 9/04 | | | |
| Mon 9/05 | | | |
| Tue 9/06 | Regular | 4.0 | 4.0 |
| Wed 9/07 | Regular | 4.0 | 4.0 |
| Thu 9/08 | Regular | 4.0 | 4.0 |
| Fri 9/09 | Regular | 4.0 | 4.0 |
| Sat 9/10 | Regular | 4.0 | 4.0 |
| Sun 9/11 | | | |
| Mon 9/12 | | | |
| Tue 9/13 | | | |
| Wed 9/14 | | | |
| Thu 9/15 | | | |
| Fri 9/16 | | | |
| Sat 9/17 | | | |
| Sun 9/18 | | | |
| Mon 9/19 | | | |

Total: 170.0

SHU 000243