# Exhibit T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

PAUL GAGLIARDI,
           Plaintiff,

v.

SACRED HEART UNIVERSITY,
INCORPORATED,
           Defendant.

:
:
:
:
:
:
:
:
:
:
:

CIVIL CASE NO.
3:17-cv-00857-VAB

## DECLARATION OF BRADFORD D. HURLBUT

I, Bradford D. Hurlbut, having been duly sworn, do state the following:

1.     I am over the age of eighteen (18) and understand the obligation of an oath.

2.     I have personal knowledge of the facts set forth herein.

3.     I make this declaration in support of Defendant's Motion for Summary Judgment.

4.     I am employed by Sacred Heart University ("SHU") in the position of Deputy Director of Athletics.

5.     Attached as **Exhibit A** are documents labeled SHU 000278, SHU 000279, and SHU 000280. SHU 000278 is a record of SHU athletic team recruiting budgets for the year 2016. SHU 000279 is a record of SHU athletic team equipment budgets for the year 2016. SHU 000280 is a record of SHU athletic team fundraising totals for years 2012 – 2016.

6.     The information contained in Exhibit A (the "Records") is true and accurate to the best of my knowledge, information, and belief. The Records were prepared from information transmitted by employees and representatives of SHU who have personal knowledge of the information contained therein. It is SHU's practice to prepare and maintain such records in its regular course of business; and the Records were prepared and maintained in the regular course

of business of SHU.

7.    In accordance with 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

By: _____
Bradford D. Hurlbut

# EXHIBIT A

## TO DECLARATION OF BRADFORD D. HURLBUT

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

SHU 000278

| Men's Sports | FY16 Recruiting Budget | FY16 First Contest Roster | Recruiting Budget Per Student Athlete |
|---|---|---|---|
| Basketball | 40,000 | 15 | $2,667 |
| Ice Hockey | 30,000 | 27 | $1,111 |
| Football | 37,000 | 114 | $325 |
| Lacrosse | 8,000 | 46 | $174 |
| Soccer | 4,500 | 27 | $167 |
| Baseball | 4,000 | 29 | $138 |
| Wrestling | 3,000 | 28 | $107 |
| Golf | 750 | 9 | $83 |
| Tennis | 750 | 10 | $75 |
| Volleyball | 1,000 | 15 | $67 |
| Fencing | 1,000 | 20 | $50 |
| Track/XC | 1,500 | 95 | $16 |

| Women's Sports | FY16 Recruiting Budget | FY16 First Contest Roster | Recruiting Budget Per Student Athlete |
|---|---|---|---|
| Basketball | 40,000 | 17 | $2,353 |
| Volleyball | 8,000 | 18 | $444 |
| Softball | 8,000 | 28 | $286 |
| Rugby | 5,000 | 19 | $263 |
| Field Hockey | 5,500 | 23 | $239 |
| Soccer | 6,500 | 29 | $224 |
| Lacrosse | 5,000 | 29 | $172 |
| Ice Hockey | 3,000 | 30 | $100 |
| Fencing | 1,500 | 14 | $107 |
| Bowling | 2,000 | 20 | $100 |
| Swimming | 2,000 | 20 | $100 |
| Tennis | 750 | 9 | $83 |
| Golf | 750 | 11 | $68 |
| Rowing | 500 | 36 | $14 |
| Equestrian | 500 | 28 | $18 |
| Track/XC | 1,500 | 186 | $8 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

SHU 000279

| Men's Teams | FY16 Equipment Budget | FY16 First Contest Roster | Per Student Athlete |
|---|---|---|---|
| Ice Hockey | $ 77,000.00 | 27 | 2,852 |
| Football | $ 100,000.00 | 114 | 877 |
| Lacrosse | $ 35,000.00 | 46 | 761 |
| Basketball | $ 10,000.00 | 15 | 667 |
| Soccer | $ 17,000.00 | 27 | 630 |
| Baseball | $ 16,000.00 | 29 | 552 |
| Golf | $ 4,000.00 | 9 | 444 |
| Volleyball | $ 5,500.00 | 15 | 367 |
| Tennis | $ 3,000.00 | 10 | 300 |
| Wrestling | $ 8,000.00 | 28 | 286 |
| Fencing | $ 3,500.00 | 20 | 175 |
| Cross Country/Track | $ 9,000.00 | 95 | 95 |
| | | | |
| Women's Teams | | | |
| Ice Hockey | $ 44,000.00 | 30 | 1,467 |
| Rugby | $ 17,000.00 | 19 | 895 |
| Lacrosse | $ 18,000.00 | 29 | 621 |
| Basketball | $ 10,000.00 | 17 | 588 |
| Soccer | $ 17,000.00 | 29 | 586 |
| Softball | $ 16,000.00 | 28 | 571 |
| Field Hockey | $ 13,000.00 | 23 | 565 |
| Golf | $ 4,000.00 | 11 | 364 |
| Volleyball | $ 6,500.00 | 18 | 361 |
| Equestrian | $ 10,000.00 | 28 | 357 |
| Swimming | $ 7,000.00 | 20 | 350 |
| Tennis | $ 3,000.00 | 9 | 333 |
| Fencing | $ 3,500.00 | 14 | 250 |
| Rowing | $ 8,000.00 | 36 | 222 |
| Bowling | $ 4,000.00 | 20 | 200 |
| Cross Country/Track | $ 16,000.00 | 123 | 130 |

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

### Team Fundraising (Restricted)

| Account | Team | FY12 Total | FY13 Total | FY14 Total | FY15 Total | FY16 Total | 5 Year Total |
|---|---|---|---|---|---|---|---|
| 81005 | Mens Baseball | 30,256 | 33,944 | 76,858 | 73,607 | 67,206 | 281,871 |
| 81728 | Men's Football | 19,591 | 27,424 | 43,418 | 38,292 | 121,248 | 249,973 |
| 81857 | Mens Lacrosse | 12,513 | 19,281 | 73,049 | 52,666 | 61,157 | 218,666 |
| 81062 | Men's Football golf tournament | 36,878 | 36,840 | 45,345 | 33,497 | 45,100 | 197,660 |
| 81113 | Men's Ice Hockey golf tournament | 0 | 0 | 0 | 97,885 | 96,210 | 194,095 |
| 81910 | Mens Ice Hockey | 1,796 | 24,493 | 80,893 | 13,585 | 33,073 | 153,839 |
| 81884 | Men's Wrestling | 3,459 | 41,103 | 18,228 | 21,841 | 38,105 | 122,737 |
| 81786 | Mens Golf | 5,570 | 10,575 | 26,691 | 10,132 | 12,625 | 65,592 |
| 81923 | Mens XC | 6,816 | 18,473 | 6,135 | 12,035 | 9,587 | 53,046 |
| 81863 | Mens Volleyball | 8,466 | 12,875 | 19,265 | 6,322 | 170 | 47,099 |
| 81858 | Mens Tennis | 7,746 | 7,824 | 7,795 | 5,149 | 12,836 | 41,350 |
| 81931 | Mens Fencing | 6,165 | 9,130 | 9,260 | 8,329 | 7,679 | 40,563 |
| 81007 | Mens Basketball | 7,144 | 8,844 | 3,326 | 9,413 | 8,849 | 37,576 |
| 81935 | Mens Lacrosse Golf Tournament | | | | | 21,250 | 21,250 |
| 81114 | Men's Football Lift a Thon | | | | | 12,743 | 12,743 |
| 81004 | Mens Soccer | 2,045 | 1,330 | 2,620 | 1,911 | 3,123 | 11,029 |
| | | | | | | | |
| 81825 | Women's Softball | 30,253 | 32,104 | 38,667 | 31,070 | 37,769 | 169,863 |
| 81736 | Womens Soccer | 62,272 | 21,064 | 15,359 | 8,760 | 9,852 | 117,306 |
| 81784 | Womens Volleyball | 7,884 | 8,451 | 15,065 | 31,687 | 26,509 | 89,595 |
| 81010 | Womens Basketball | 11,933 | 8,779 | 7,385 | 6,501 | 45,992 | 80,591 |
| 81681 | Women's Equestrian | 6,243 | 20,329 | 19,151 | 21,051 | 12,882 | 79,655 |
| 81703 | Womens Rowing | 4,383 | 12,296 | 14,495 | 16,914 | 15,264 | 63,352 |
| 81814 | Women's Basketball Events | 0 | 33,011 | 28,812 | 0 | 0 | 61,823 |
| 81686 | Women's Field Hockey | 9,459 | 8,775 | 9,758 | 10,075 | 14,963 | 53,030 |
| 81687 | Womens Lacrosse | 8,328 | 6,208 | 16,581 | 9,101 | 9,802 | 50,020 |
| 81781 | Womens XC | 7,107 | 9,403 | 8,155 | 13,185 | 11,797 | 49,647 |
| 81738 | Womens Tennis | 7,773 | 8,695 | 11,748 | 7,555 | 6,450 | 42,221 |
| 81904 | Womens Bowling | 3,502 | 6,606 | 13,740 | 7,899 | 10,447 | 42,195 |
| 81892 | Womens Golf | 2,773 | 8,300 | 4,192 | 7,505 | 18,527 | 41,297 |
| 81785 | Women's Swimming | 175 | 7,437 | 4,721 | 14,202 | 13,440 | 39,974 |
| 81783 | Womens Ice Hockey | 628 | 10,938 | 16,177 | 2,267 | 7,507 | 37,516 |
| 81822 | Womens' Softball Wine Tasting | | | | 10,125 | 8,560 | 18,685 |
| 81948 | Womens Fencing | 2,345 | 2,810 | 2,960 | 3,946 | 3,667 | 15,728 |
| 81789 | Womens Rugby | | | | | 2,620 | 2,620 |

SHU 000280