# Exhibit U

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

SHU 000278

| Men's Sports | FY16 Recruiting Budget | FY16 First Contest Roster | Recruiting Budget Per Student Athlete |
|---|---|---|---|
| Basketball | 40,000 | 15 | $2,667 |
| Ice Hockey | 30,000 | 27 | $1,111 |
| Football | 37,000 | 114 | $325 |
| Lacrosse | 8,000 | 46 | $174 |
| Soccer | 4,500 | 27 | $167 |
| Baseball | 4,000 | 29 | $138 |
| Wrestling | 3,000 | 28 | $107 |
| Golf | 750 | 9 | $83 |
| Tennis | 750 | 10 | $75 |
| Volleyball | 1,000 | 15 | $67 |
| Fencing | 1,000 | 20 | $50 |
| Track/XC | 1,500 | 95 | $16 |

| Women's Sports | FY16 Recruiting Budget | FY16 First Contest Roster | Recruiting Budget Per Student Athlete |
|---|---|---|---|
| Basketball | 40,000 | 17 | $2,353 |
| Volleyball | 8,000 | 18 | $444 |
| Softball | 8,000 | 28 | $286 |
| Rugby | 5,000 | 19 | $263 |
| Field Hockey | 5,500 | 23 | $239 |
| Soccer | 6,500 | 29 | $224 |
| Lacrosse | 5,000 | 29 | $172 |
| Ice Hockey | 3,000 | 30 | $100 |
| Fencing | 1,500 | 14 | $107 |
| Bowling | 2,000 | 20 | $100 |
| Swimming | 2,000 | 20 | $100 |
| Tennis | 750 | 9 | $83 |
| Golf | 750 | 11 | $68 |
| Rowing | 500 | 36 | $14 |
| Equestrian | 500 | 28 | $18 |
| Track/XC | 1,500 | 186 | $8 |



DEFENDANT'S EXHIBIT
Gagliardi 19
3/16/18  sM
PENGAD 800-631-6989

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

SHU 000279

| Men's Teams | FY16 Equipment Budget | FY16 First Contest Roster | Per Student Athlete |
|---|---|---|---|
| Ice Hockey | $ 77,000.00 | 27 | 2,852 |
| Football | $ 100,000.00 | 114 | 877 |
| Lacrosse | $ 35,000.00 | 46 | 761 |
| Basketball | $ 10,000.00 | 15 | 667 |
| Soccer | $ 17,000.00 | 27 | 630 |
| Baseball | $ 16,000.00 | 29 | 552 |
| Golf | $ 4,000.00 | 9 | 444 |
| Volleyball | $ 5,500.00 | 15 | 367 |
| Tennis | $ 3,000.00 | 10 | 300 |
| Wrestling | $ 8,000.00 | 28 | 286 |
| Fencing | $ 3,500.00 | 20 | 175 |
| Cross Country/Track | $ 9,000.00 | 95 | 95 |

| Women's Teams | | | |
|---|---|---|---|
| Ice Hockey | $ 44,000.00 | 30 | 1,467 |
| Rugby | $ 17,000.00 | 19 | 895 |
| Lacrosse | $ 18,000.00 | 29 | 621 |
| Basketball | $ 10,000.00 | 17 | 588 |
| Soccer | $ 17,000.00 | 29 | 586 |
| Softball | $ 16,000.00 | 28 | 571 |
| Field Hockey | $ 13,000.00 | 23 | 565 |
| Golf | $ 4,000.00 | 11 | 364 |
| Volleyball | $ 6,500.00 | 18 | 361 |
| Equestrian | $ 10,000.00 | 28 | 357 |
| Swimming | $ 7,000.00 | 20 | 350 |
| Tennis | $ 3,000.00 | 9 | 333 |
| Fencing | $ 3,500.00 | 14 | 250 |
| Rowing | $ 8,000.00 | 36 | 222 |
| Bowling | $ 4,000.00 | 20 | 200 |
| Cross Country/Track | $ 16,000.00 | 123 | 130 |



DEFENDANT'S EXHIBIT
Gagliardi 20
3/16/18  sty
PENGAD 800-631-6989

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## Team Fundraising (Restricted)

| Account | Team | FY12 Total | FY13 Total | FY14 Total | FY15 Total | FY16 Total | 5 Year Total |
|---|---|---|---|---|---|---|---|
| 81005 | Mens Baseball | 30,256 | 33,944 | 76,858 | 73,607 | 67,206 | 281,871 |
| 81728 | Men's Football | 19,591 | 27,424 | 43,418 | 38,292 | 121,248 | 249,973 |
| 81857 | Mens Lacrosse | 12,513 | 19,281 | 73,049 | 52,666 | 61,157 | 218,666 |
| 81062 | Men's Football golf tournament | 36,878 | 36,840 | 45,345 | 33,497 | 45,100 | 197,660 |
| 81113 | Men's Ice Hockey golf tournament | 0 | 0 | 0 | 97,885 | 96,210 | 194,095 |
| 81910 | Mens Ice Hockey | 1,796 | 24,493 | 80,893 | 13,585 | 33,073 | 153,839 |
| 81884 | Men's Wrestling | 3,459 | 41,103 | 18,228 | 21,841 | 38,105 | 122,737 |
| 81786 | Mens Golf | 5,570 | 10,575 | 26,691 | 10,132 | 12,625 | 65,592 |
| 81923 | Mens XC | 6,816 | 18,473 | 6,135 | 12,035 | 9,587 | 53,046 |
| 81863 | Mens Volleyball | 8,466 | 12,875 | 19,265 | 6,322 | 170 | 47,099 |
| 81858 | Mens Tennis | 7,746 | 7,824 | 7,795 | 5,149 | 12,836 | 41,350 |
| 81931 | Mens Fencing | 6,165 | 9,130 | 9,260 | 8,329 | 7,679 | 40,563 |
| 81007 | Mens Basketball | 7,144 | 8,844 | 3,326 | 9,413 | 8,849 | 37,576 |
| 81935 | Mens Lacrosse Golf Tournament | | | | | 21,250 | 21,250 |
| 81114 | Men's Football Lift a Thon | | | | | 12,743 | 12,743 |
| 81004 | Mens Soccer | 2,045 | 1,330 | 2,620 | 1,911 | 3,123 | 11,029 |
| 81825 | Women's Softball | 30,253 | 32,104 | 38,667 | 31,070 | 37,769 | 169,863 |
| 81736 | Womens Soccer | 62,272 | 21,064 | 15,359 | 8,760 | 9,852 | 117,306 |
| 81784 | Womens Volleyball | 7,884 | 8,451 | 15,065 | 31,687 | 26,509 | 89,595 |
| 81010 | Womens Basketball | 11,933 | 8,779 | 7,385 | 6,501 | 45,992 | 80,591 |
| 81681 | Women's Equestrian | 6,243 | 20,329 | 19,151 | 21,051 | 12,882 | 79,655 |
| 81703 | Womens Rowing | 4,383 | 12,296 | 14,495 | 16,914 | 15,264 | 63,352 |
| 81814 | Women's Basketball Events | 0 | 33,011 | 28,812 | 0 | 0 | 61,823 |
| 81686 | Women's Field Hockey | 9,459 | 8,775 | 9,758 | 10,075 | 14,963 | 53,030 |
| 81687 | Womens Lacrosse | 8,328 | 6,208 | 16,581 | 9,101 | 9,802 | 50,020 |
| 81781 | Womens XC | 7,107 | 9,403 | 8,155 | 13,185 | 11,797 | 49,647 |
| 81738 | Womens Tennis | 7,773 | 8,695 | 11,748 | 7,555 | 6,450 | 42,221 |
| 81904 | Womens Bowling | 3,502 | 6,606 | 13,740 | 7,899 | 10,447 | 42,195 |
| 81892 | Womens Golf | 2,773 | 8,300 | 4,192 | 7,505 | 18,527 | 41,297 |
| 81785 | Women's Swimming | 175 | 7,437 | 4,721 | 14,202 | 13,440 | 39,974 |
| 81783 | Womens Ice Hockey | 628 | 10,938 | 16,177 | 2,267 | 7,507 | 37,516 |
| 81822 | Womens' Softball Wine Tasting | | | | 10,125 | 8,560 | 18,685 |
| 81948 | Womens Fencing | 2,345 | 2,810 | 2,960 | 3,946 | 3,667 | 15,728 |
| 81789 | Womens Rugby | | | | | 2,620 | 2,620 |



DEFENDANT'S EXHIBIT
Gagliardi 21
3/6/18

SHU 000280