**EXHIBITS**

Exhibit 1        Affidavit of Paul Gagliardi

Exhibit 2        Excerpts from transcript of the Deposition of Michael Guastelle dated June 21, 2018

Exhibit 3        Excerpts from the Deposition of Robert Hardy dated June 25, 2018

Exhibit 4        Excerpts from the Deposition of Paul Gagliardi dated March 16, 2018

Exhibit 5        September 21, 2016 E-mail from Michael Guastelle to Julia Norfi and Robert Hardy

Exhibit 6        2018-19 Women's Bowling Roster

Exhibit 7        2018-19 Women's Fencing Roster

Exhibit 8        2018-19 Sacred Heart Women's Rugby Roster

Exhibit 9        2018-19 Sacred Heart Women's Rowing Roster

Exhibit 10       June 16, 2016 E-mail from Bradford Hurlbut to Sally Schettino re: Kronos

Exhibit 11       Excerpts from transcript of the Deposition of Robert Valentine dated June 22, 2018.