# Ex. 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL GAGLIARDI,              ) CIVIL CASE NO.
        Plaintiff,           ) 3:17-cv-00857-VAB
                             )
VS                           )
                             )
SACRED HEART UNIVERSITY,     )
INCORPORATED,                )
        Defendant.           )

THE VIDEOGRAPHER:
Kevin Aspinwall
HAMILTON COMMUNICATIONS
1442 Essex Road
Westbrook, Connecticut

DEPOSITION OF:  PAUL GAGLIARDI
DATE:           MARCH 16, 2018
HELD AT:        CARLTON FIELDS JORDEN BURT,
                P.A.
                ONE STATE STREET
                SUITE 1800
                HARTFORD, CONNECTICUT

REPORTER:       Sheryl L. Yeske, CSR #28
                CASSIAN REPORTING, LLC
                55 Oak Street
                Suite 6
                Hartford, CT 06106
                860-595-7462

APPEARANCES:

Representing the Plaintiff PAUL GAGLIARDI:
    Sullivan Heiser
    116 East Main Street
    Clinton, CT 06413
    860-664-4440
    By:   Theodore W. Heiser, Esq.
          twh@sullivanheiser.com

Representing the Defendant SACRED HEART UNIVERSITY,
INCORPORATED:
    Carlton Fields Jorden Burt, P.A.
    One State Street
    Suite 1800
    Hartford, CT 06103
    860-392-5000
    By:   Jonathan C. Sterling, Esq.
          jsterling@carltonfields.com

Q. Were you late to any practices?

A. Yes.

Q. How many?  And I'm just talking about the fall of 2016.

A. I was late to all of them because we have a very small window to practice in from, the kids are out of classes from 3:30 to 5:30.  So I had to start our practices at 3:00, but I couldn't get there until 3:30. If I knew that the kids didn't have class, I would have scheduled practice at 3:30 so that I would be there on time.  But we could not start practice that late because then they wouldn't have enough time to practice.

Q. So you would finish in Ansonia and drive to campus?

A. Yeah.

Q. And you would usually get there about 3:30?

A. Yes.

Q. Okay.

A. So the official start of a practice is when I arrived.  But I would tell them to arrive at 3:00 so they can get warmed up and be ready to go for my arrival.

Q. When did practice end?

A. Practice ends, ended between 5:30 and 6:00.

situations that doing this event would be part of my responsibilities as a coach in terms of increasing the awareness for the program, recruiting, and fundraising, all of which were my goals that were set for me.

Q.  So you were being paid by another entity to run that tournament?

A.  Yes.

Q.  And you were also entering the time that you spent at that tournament in Kronos as time working for Sacred Heart; is that accurate?

A.  There were other people that were running the event as well.  This was a big event.

Q.  Okay.

A.  And so the hours were commingled for sure.

Q.  Okay.  Did you, in the fall of 2016, was there ever a time where you waited to the last minute to tell Mike Guastelle that you were not going to be present for one of the matches?

A.  Yes.

Q.  And which one was that?

A.  The UConn Invitational.  I waited until that week.  However, I did tell him previously months in advance that I would not be able to do everything if I was going to be considered part-time.  So there was a general understanding that I wasn't going to do this,