# Ex. 5

**Hardy, Robert M.**

| | |
|---|---|
| **From:** | Guastelle, Michael J. |
| **Sent:** | Wednesday, September 21, 2016 9:36 AM |
| **To:** | Nofri, Julia E.; Hardy, Robert M. |
| **Cc:** | Hurlbut, Bradford D.; Valentine, Robert J. |
| **Subject:** | Meeting with Paul Gagliardi |

Hi Julia/Rob: I met with Paul Gagliardi regarding his PFP as well as the hours he reported over the summer.

As for the PFP, I tried to discuss the evaluation and the issues I addressed within it. Paul disagreed with my assessment and then said that the PFP tool is "problematic" to assess part-time head coaches and that in his opinion a different tool should be used to evaluate him. He refused to sign off on the PFP. ·

When I addressed the listing of 179 hours of work he reported in Kronos from July 1 through September 10th, I told him that those numbers were inflated and that he was rarely seen in the office or around campus except for the time he was conducting his Nike Tennis Camp in July. I challenged him on 22 hours he put in for an ITA Tournament he hosted from July 8-10. He received compensation from the ITA for running the tournament on our campus and this tournament was not a duty we as a department assigned to him.

I also questioned him on 40 hours he put in for the entire month of July when he was conducting his Nike Tennis Camp.... One of those weeks, July 25-29, he was away on vacation with his family but still says he put in 9 hours of work that week.

He obviously disagreed with my assessment of the hours he actually worked. I will forward you also an email I received from Paul late last night.

Lastly, he has tried to engage Matt McGreevy, our part-time head men's and women's golf coach in this debate about hours a part-time coach is working. Matt approached me just minutes prior to my meeting with Paul and is very uncomfortable with Paul contacting him. This is highly unprofessional by Paul in my opinion.

I would like to get together along with Brad and/or Bobby to discuss Paul's further employment with the University.

Thanks.

Mike

1

SHU 000366