# Ex. 6

Archive Rosters ▾



# 2018-19 Women's Bowling Roster

| Name ⬍ | CL | Throwing Hand | Hometown/High School |
|---|---|---|---|
| Rebecca Armand | RS-Junior | Right | South Plainfield, NJ / South Plainfield |
| Rachel Bamford | Sophomore | | Rochester, N.H. / Spaulding |
| Tori Boughton | Junior | Right | Brick, NJ / Brick Township Memorial |
| Julia Favata | RS-Sophomore | Right | Niskayuna, NY / Niskayuna |
| Gabrielle Gontarek | Senior | Left | North Haven, CT / North Haven |
| Jenna Harrington | Junior | | Barneveld, NY / Holland Patent Central |
| Colby Jones | Sophomore | Right | Virginia Beach, Va. / Cape Henry Collegiate |
| Caitlyn Kelly | First-Year | | Colonie, NY / Colonie Central |
| Alyssa Klassert | RS-Junior | Right | Sayville, NY / Sayville |
| Mercedes Morel | First-Year | | Haverstraw, NY / North Rockland |
| Skyler Mulligan-Brown | Sophomore | | New Milford, CT / New Milford |
| Dominique Newton | Junior | Right | Farmington, NY / Victor |
| Katelyn Norkowski | RS-Sophomore | | New Milford, CT / New Milford |
| Shannon Smirnow | Senior | Right | Old Saybrook, CT / Old Saybrook Senior High |

