# Ex. 7

Case 3:17-cv-00857-VAB    Document 33-9    Filed 10/26/18    Page 2 of 2

○ Donate to Women's Fencing

Archive Rosers ▾



# 2018-19 Women's Fencing Roster

| Name ⬍ | CL. | Event | Hometown/High School |
|---|---|---|---|
| Samantha Abbott | Senior | Epee | Commack, N.Y. / Commack |
| Hasoni Austin | Senior | Sabre | Long Valley, N.J. / West Morris Central |
| Shelbie Bachai | Junior | Epee | Commack, N.Y. / Commack |
| Ashley Cherry | Sophomore | Epee | North Brunswick, N.J. / North Brunswick Township |
| Amanda Fischer | Sophomore | Sabre | Porto Algre, Brazil / Escola Tecnica Irmao Pedro |
| Caroline Fischer | Sophomore | Foil | Wharton, N.J. / Morris Knolls |
| MacKenna Lamphere | Senior | Sabre | San Clemente, Calif. / Santa Margarita Catholic |
| Remi O'Shaughnessy | Senior | Sabre | New York, N.Y. / Marymount |
| Tia Petrides | First-Year | Foil | Garden City, N.Y. / Garden City |
| Daria Rudakova | Sophomore | Epee | Saint Petersburg, Russia / Lyceum 597 |
| Breanna Smith | First-Year | Foil/Epee | Waterford, Conn. / Waterford |



    

