# Ex. 8

Case 3:17-cv-00857-VAB Document 33-10 Filed 10/26/18 Page 2 of 3

Archive Rosters ▼



# 2018-19 Sacred Heart Women's Rugby Roster

| No. ⇕ | Name ⇕ | Position | Class | Height | Hometown/High School |
|---|---|---|---|---|---|
| 1 | Nicole Bazalar | Lock | Senior | 5-7 | Summit, N.J. / Summit |
| 2 | Nia Williams | Hooker/Scrum-Half | Freshman | 4-11 | Roxbury, Mass. / Lincoln-Sudbury Regional |
| 3 | Jillian Picard-Busky | Wing | Junior | 5-5 | Storrs, Conn. / E.O. Smith |
| 4 | Grace de Poortere | Lock | Sophomore | 5-8 | Basking Ridge, N.J. / Basking Ridge |
| 5 | Jasmin Quinones | Prop/Eight | Freshman | 5-4 | Grand Rapids, Mich. / Grandville |
| 6 | Sophie Hale | Fullback/Flanker | Freshman | 5-4 | Bristol, Conn. / Bristol Central |
| 8 | Madison Gorrigan | Prop | Freshman | 5-5 | Winooski, Vt. / Rice Memorial |
| 9 | Allie Rinaldi | Scrum-Half/Fly-Half | Junior | 5-2 | Southington, Conn. / Southington |
| 10 | Tessa Buckey | Center/Wing | Sophomore | 5-6 | Albany, N.Y. / Guilderland Central |
| 12 | Kaitlin Lagase | Fly-Half/Lock | Sophomore | 5-8 | Wallingford, Conn. / Mark T. Sheehan |
| 13 | Isabel Cuddy | Center/Wing | Sophomore | 5-4 | Cheshire, Conn. / Cheshire |
| 14 | Tyffany Brisbane | Scrum-Half/Wing | Junior | 5-1 | Whippany, N.J. / Whippany Park |
| 15 | Marissa Yost | Wing | Senior | 5-5 | Windham, N.H. / Windham |
| 16 | Samantha King | Prop/Lock | Senior | 5-4 | Easton, Conn. / Joel Barlow |
| 17 | Chrismide Chery | Lock | Sophomore | 5-9 | Stamford, Conn. / Stamford |
| 19 | Nicole Lopes | Hooker | Junior | 5-1 | Cheshire, Conn. / Cheshire |

Case 3:17-cv-00857-VAB    Document 33-10    Filed 10/26/18    Page 3 of 3

| No. ⇕ | Name ⇕ | Position | Class | Height | Hometown/High School |
|---|---|---|---|---|---|
| 24 | Arianna Heonis | Wing/Fullback | Sophomore | | Branford, Conn. / Old Saybrook |
| 25 | Kaylee Hale | Fullback/Flyhalf | Junior | 5-4 | Wolcott, Conn. / Wolcott |





## SACRED HEART UNIVERSITY DEPARTMENT OF ATHLETICS

WILLIAM H. PITT CENTER    5151 PARK AVENUE    FAIRFIELD, CONNECTICUT 06825

SPORTS

Sticky Logo

Sat, 04/21 | Women's Rugby vs. Brown W, 28-12 (Final) RC | BX | PHSat, 04/21 | Women's Ru

Search    Search