# Ex. 9

Case 3:17-cv-00857-VAB   Document 33-11   Filed 10/26/18   Page 2 of 3

○ Donate to Rowing

Archive Rosters ▾



# 2018-19 Sacred Heart Women's Rowing Roster

| Name ⬍ | CL | Hometown/High School |
| --- | --- | --- |
| Taylor Alviar | Junior | Yonkers, NY / Sacred Heart |
| Lauren Bayreuther | First-Year | Grafton, MA / Grafton |
| Caroline Bolletino | Junior | Haddonfield, NJ / Haddonfield |
| Mary Brady | Sophomore | Bellerose, NY / Archbishop Molloy |
| Brianna Costanza | Sophomore | LIvingston, NJ / LIvingston |
| Katie DeMeo | Sophomore | New Hyde Park, NY / Sacred Heart Academy |
| Elisa DeSousa | Junior | Manhasset, NY / Manhasset |
| Kristen Duffy | First-Year | Kew Gardens, NY / The Mary Louis Academy |
| Nicole Dunn | Sophomore | Fairfield, Conn. / Fairfiled Warden |
| Julia Francese | Senior | Scituate, MA / Scituate |
| Bridget Gallagher | First-Year | Oxford, NJ / Warren Hill |
| Olivia Gastaldo | Senior | Natick, MA / Natick |
| Kalliopi Gatzoflias | Senior | East Meadow, NY / Kellenberg Memorial |
| Katie Graham | Sophomore | Glastonbury, CT / Glastonbury |
| Ashley Halkowicz | Sophomore | Shelton, Conn. / Lauralton Hall |
| Christina Hardman | Senior | Johnston, RI / Johnston Senior |
| Jennifer Hernandez | First-Year | Courtland Manor, NY / Putnam Valley |
| Alexis Hutcheon | Junior | - / - |

Case 3:17-cv-00857-VAB   Document 33-11   Filed 10/26/18   Page 3 of 3

| Name ⇕ | CL | Hometown/High School |
|---|---|---|
| Juliana Kimberlin | Senior | Hawthorne, NJ / Hawthorne |
| Sophie Lattanzio | First-Year | Sag Harbor, NY / Pierson |
| Bailey Marzec | First-Year | Danville, NH / Central Catholic |
| Kasey Mascia | Sophomore | Garden City, NY / Garden City |
| Cailee Mathewson | Sophomore | Stonington, CT / Stonington |
| Shannon McKenna | Sophomore | Lexington, MA / Lexington |
| Ellen Micallef | First-Year | Hopkinton, Mass. / Hopkinton |
| Isabella Michelucci | Sophomore | Mountain View, CA / Mountain View |
| Marissa Nicoloro | First-Year | Burlington, MA / Burlington |
| Gabrielle Reina | First-Year | Douglassvile, PA / Daniel Boone |
| Vanessa Rodas-Dehollan | First-Year | Newton, Massachusetts / Newton North |
| Gianna Rodrigues | Sophomore | Poughkeepsie, NY / Arlington |
| Denisse Rodriguez | Junior | New Rochelle, NY / New Rochelle |
| Izabella Rosenberg | First-Year | North Babylon, NY / North Babylon |
| Sophia Schneider | First-Year | Ringwood, NJ / Mary Help of Christians Academy |
| Natalie Stepniak | First-Year | Shelton, Conn. / New Fairfield |
| Christine Thorp | First-Year | Wallingford, Conn. / Sheenan |
| Sara Totura | Grad | Huntington, NY / Huntington |
| Danielle Varely | Senior | Berlin, CT / Berlin |
| Caroline Vivar | First-Year | Brookfield, Conn. / Brookfield |
| Jessica Wallace | First-Year | Midland Park, NJ / Midland Park |