# Ex. 10

Wednesday, February 15, 2017 at 5:07:49 PM Eastern Standard Time

**Subject:**    FW: Kronos
**Date:**    Thursday, June 16, 2016 at 12:12:31 PM Eastern Daylight Time
**From:**    Hurlbut, Bradford D.
**To:**    Schettino, Sally K.
**Attachments:** Image001.png, signature test[2][1][112].png

Sally... for the record, Paul has been told numerous times in person, at Town Hall meetings as well as by email. He is not but a liar. Hope you are getting somewhat settled in your new digs! All the best, Brad

--



Bradford D. Hurlbut
Deputy Director of Athletics
Sacred Heart University

hurlbutb@sacredheart.edu
203-365-7526 — Office

SacredHeartPioneers.com
SHUBigRed on Twitter and Instagram

From: "Guastelle, Michael J." <GuastelleM@sacredheart.edu>
Date: Thursday, June 16, 2016 at 12:08 PM
To: Bradford Hurlbut <hurlbutb@sacredheart.edu>
Subject: FW: Kronos

Read below.... Really? He had no idea about Kronos.

From: Schettino, Sally K.
Sent: Tuesday, June 14, 2016 8:47 AM
To: Gagliardi, Paul W.
Cc: Guastelle, Michael J.
Subject: RE: Kronos

Are you all set now?

Sally K. Schettino
HR Project Manager
Sacred Heart University
Ph: (203) 365-7543
Fax: (203) 365-7527


Sacred Heart
UNIVERSITY



SHU 000267

P Please consider the environment before printing this message.

From: Gagliardi, Paul W.
Sent: Friday, June 3, 2016 1:05 PM
To: Schettino, Sally K.
Subject: Re: Kronos

Sally,

I was completely unaware that there was a system accounting for hours except I was on mass emails occasionally. No one has give me any directives to fill out Kronos in 10.5 years or showed me how to do, question me when I did not do it. I gave my hours manually on paper. Did not even know where it was and how it worked. I just found it myself and started to do it in January because I wanted to account for my hours.

Paul

Sent from my iPhone

On Jun 3, 2016, at 12:42 PM, Schettino, Sally K. <SchettinoS@sacredheart.edu> wrote:

> Mike has been listed all along so I am not sure why he can't see your timecard. Also, I am wondering why you have not hours for the fall. Are you aware that all hours need to be entered for the Affordable Care Act?
>
> Sally K. Schettino
> HR Project Manager
> Sacred Heart University
> Ph: (203) 365-7543
> Fax: (203) 365-7527
>
> <image001.png>
>
> P Please consider the environment before printing this message.
>
> From: Gagliardi, Paul W.
> Sent: Friday, June 3, 2016 12:41 PM
> To: Schettino, Sally K.
> Subject: Re: Kronos
>
> Hi Sally,
>
> Well okay but who were they going to and why?

Page 2 of 3

SHU 000268