UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| PAUL GAGLIARDI, | : | |
| Plaintiff, | : | CIVIL CASE NO. |
| | : | 3:17-cv-00857-VAB |
| v. | : | |
| | : | |
| SACRED HEART UNIVERSITY, | : | |
| INCORPORATED, | : | |
| Defendant. | : | NOVEMBER 12, 2018 |
| | : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

For good cause, the Defendant, Sacred Heart University, Incorporated ("SHU"), respectfully requests that the Court grant a brief one-week extension of time of the deadline for SHU to file its Reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment. Per the Court's October 5, 2018 Order, the Reply deadline was set at November 16, 2018, and SHU is seeking until November 23, 2018 for its Reply.

Late on Friday, October 26, 2018, Plaintiff filed his Opposition. SHU has been working on its Reply, but requires further time to fully address Plaintiff lengthy Opposition, Local Rule Statement and accompanying exhibits. This is particularly true given that counsel has had and will have a very busy schedule during this time period, including a summary judgment deadline in another District Court case, coming up on Monday, November 19, 2018.

This is the second motion to extend this deadline (the first being the motion to extend both the Opposition and Reply deadlines, Dockets # 31, 32) and counsel for Plaintiff does not object.

SHU respectfully requests that its motion be granted.

116211868.1

2

THE DEFENDANT,
SACRED HEART UNIVERSITY,
INCORPORATED


By:   /s/ Jonathan C. Sterling
      James M. Sconzo, Esq. (ct04571)
      Jonathan C. Sterling, Esq. (ct24576)
      Jillian R. Orticelli, Esq. (ct28591)
      CARLTON FIELDS JORDEN BURT, P.A.
      One State Street, Suite 1800
      Hartford, CT  06103
      Tel.: 860-392-5000
      Fax: 860-392-5058
      jsconzo@carltonfields.com
      jsterling@carltonfields.com
      jorticelli@carltonfields.com

      Its Attorneys

116211868.1

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 12, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/ Jonathan C. Sterling
Jonathan C. Sterling, Esq. (ct245761)

3

116211868.1