UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

PAUL GAGLIARDI
    Plaintiff,

V.                                Civil Number 3:17cv0857(VAB)

SACRED HEART UNIVERSITY.
    Defendant.

## JUDGMENT

This matter having come on for consideration of the defendant's motion for summary judgment doc. #30, before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and granted the defendant's motion. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment enter in favor of the defendant, Sacred Heart University and the case is closed.

Dated at Bridgeport, Connecticut this 19th day of July, 2019.

                                          ROBIN D. TABORA, Clerk

                                          By:/s/ Jazmin Perez
                                          Jazmin Perez
                                          Deputy Clerk

EOD:    7/19/2019