## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

PAUL GAGLIARDI,

        Plaintiff,

        v.

SACRED HEART UNIVERSITY,

        Defendant.

\*  CIVIL ACTION NO.
\*  3:17-cv-00857-VAB
\*
\*
\*
\*
\*
\*  SEPTEMBER 12, 2019
\*
\*
\*
\*

_____

### PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF RULE 59(e) MOTION

COMES NOW, the plaintiff Paul Gagliardi, by and through counsel, and files this Reply Memorandum in Support of his Rule 59(e) Motion for Reconsideration, and in support thereof, states as follows:

### I.    The Motion was Timely Filed Pursuant to FRCP 59(e)

The Court granted the defendant's Motion for Summary Judgment on July 16, 2019. Judgment was entered by the Court in the defendant's favor on July 19, 2019. The plaintiff's Rule 59(e) Motion was filed on August 16, 2019, 28 days after judgment was entered.

Federal Rule of Civil Procedure 59(e) requires that a "motion to alter or amend a judgement must be filed no later than 28 days after the entry of judgment." The United States District Court for the District of Connecticut has not adopted a local rule 59 to correspond with FRCP 59. However, Local Rule 7(c) states that motions for reconsideration "shall be filed and served within seven (7) days of the filing of the decision or order from which such relief is sought." In preparing and filing the Rule

{!01856877.DOCX; v.}1

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C. THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

59(e) Motion for Reconsideration undersigned counsel relied on FRCP 59(e) and the lack of a corresponding local rule.

The District Court has the "inherent power to decide when a departure from its Local Rules should be excused or overlooked." Somlyo v. J. Lu-Rob Enters, 932 F.2d 1043, 1048 (2d Cir. 1991). The Court should use its discretion where enforcement of the Local Rule would "cause an unjust result." Id. at 1049. The Court's discretion "extends to every Local Rule regardless of whether a particular Local Rule specifically grants the judge the power to deviate from the Rule." Id. at 1048; see also Association for Retarded Citizens of Connecticut, Inc. v. Thorne, 68 F.3d 547, 553-54 (2d Cir. 1995).

FRCP 83 requires that Local Rules must be consistent with federal statutes and the FRCP and "must conform to any uniform numbering system prescribed by the Judicial Conference of the United States." The Notes of the Advisory Committee on Rules concerning the 1995 amendments to FRCP 83 states that a "[l]ack of uniform numbering might create unnecessary traps for counsel and litigants. A uniform numbering system would make it easier for an increasingly national bar and for litigants to locate a local rule that applies to a particular procedural issue."

In this case, the lack of a local rule 59, but imposition of a modification to the time period for filing a Rule 59(e) motion pursuant to Local Rule 7 creates one of those "unnecessary traps for counsel and litigants" that the Committee on Rules sought to avoid by requiring uniform numbering. Under these circumstances, where strict adherence to Local Rule 7 would "cause an unjust result", the Court should exercise its discretion and consider the plaintiff's Rule 59(e) Motion for Reconsideration on its

{!01856877.DOCX; v.}2

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591

NEW LONDON, CONNECTICUT 06320    TEL. (860) 442-4416    JURIS NO. 62114

merits.  Such a "fair and pragmatic approach" has been approved by the Second Circuit.

Wight v. BankAmerica Corporation, 219 F.3d 79, 85 (2d Cir. 2000).

## II.    CONCLUSION

WHEREFORE, for the reasons set forth herein and in the plaintiff's Rule 59(e)

Motion for Reconsideration, the plaintiff requests that the Court reconsider its ruling on

the defendant's Motion for Summary Judgment.

PLAINTIFF,
PAUL GAGLIARDI

BY:___/s/ ct23807_____
Theodore Heiser, CT 23807
Kristi D. Kelly, CT 23970
Suisman Shapiro
2 Union Plaza, Suite 200
New London, Connecticut 06320
(860) 442-4416 (tel)
(860) 442-0495 (fax)
theiser@sswbgg.com

{!01856877.DOCX; v.}3

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320    TEL. (860) 442-4416    JURIS NO. 62114

## CERTIFICATION OF SERVICE

The undersigned certifies that on the 12th day of September 2019, a copy of the foregoing served by electronic mail to all parties who have appearances as of the time of this filing.

Jonathan Sterling, Esq.
Jillian Orticelli, Esq.
Carlton Fields
One State Street, Suite 1800
Hartford, Connecticut 06103

____/s/ct 23807_____
Theodore W. Heiser, ct 23807

{!01856877.DOCX; v.}4

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591

NEW LONDON, CONNECTICUT 06320    TEL. (860) 442-4416    JURIS NO. 62114