UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL GAGLIARDI | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO: 3:17-CV-00857(VAB) |
| v. | : |
| SACRED HEART UNIVERSITY | : |
| Defendants. | : FEBRUARY 14, 2020 |

### NOTICE OF APPEAL

In accordance with Federal Rule of Appellate Procedure, Rule 4, notice is hereby given that the Plaintiff, Paul Gagliardi, appeals the following orders of the United States District Court to the United States Court of Appeals for the Second Circuit:

(1) July 16, 2019 ruling and order on Motion for Summary Judgment (Doc. 44); and

(2) July 19, 2019 Judgment (Doc. 45).

PLAINTIFF

By: ___/s/___ct 23807_____
Theodore W. Heiser
Suisman, Shapiro, Wool, Brennan,
Gray & Greenberg, P.C.
2 Union Plaza, Suite 200, P.O. Box 1591
New London, CT 06320
Tel. (860) 442-4416
Fax (860) 442-0495
Email: theiser@sswbgg.com

{!01935029.DOCX; v.} 1

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

## CERTIFICATION

This is to certify that on the 14th day of February, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Jonathan Sterling, Esq.
Jillian Orticelli, Esq.
Carlton Fields
One State Street, Suite 1800
Hartford, CT 06103

/s/   ct 23807
Theodore W. Heiser

{!01935029.DOCX; v.} 2

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114