UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


PAUL GAGLIARDI

    v.                                                                      Civil No. 3:17-cv-857 (VAB)

SACRED HEART UNIVERSITY


ORDER ON DEFENDANT'S BILL OF COSTS

The taxing of costs in this case follows.  If the full amount is not awarded, see explanation for the reduction below.

| **ITEM CLAIMED** | **AMOUNT CLAIMED** | **AMOUNT ALLOWED** |
|---|---|---|
| **Fees of the Court Reporter:** | | |
| 1. Gagliardi Deposition | $ 806.13 | $ 792.37 |
| 2. Gagliardi Video | $ 772.10 | $ 0 |
| 3. Hardy Deposition | $ 553.02 | $ 306.66 |
| 4. Valentine Deposition | $ 483.89 | $ 483.55 |
| 5. Guastelle Deposition | $ 632.78 | $ 632.78 |
| Total Fees of the Court Reporter | $ 3,247.92 | $ 2,215.36 |
| **Total Costs Awarded:** | $ 3,247.92 | $ 2,215.36 |

**Item 1:** Costs for shipping and processing/handling, litigation support packages, condensed transcripts, rough drafts, and repository storage/access/unlimited downloads are not referenced in the rule and, thus, not taxable. Local Rule 54(c)2(ii).  Sales tax has been adjusted accordingly.

**Item 2:** Local Rule 54(c)2(ii) provides that the cost of paper and audiovisual transcripts are recoverable so long as the audiovisual transcript is used in that form. This case was decided on summary judgment. As the record does not indicate that the transcript was used in audiovisual form, the cost is not permitted.

**Item 3:** The maximum allowable rate for an original and one copy of a transcript is $4.55 per page, $3.65 per page for the original transcript and $.90 for the copy. Guide to Judicial Policies and Procedures, Vol. VI, Chap. XX (Oct. 1, 2007). The copy of the transcript submitted in support of summary judgment shows that the transcript was 79 pages. Thus, the allowable charge for one transcript is $288.35. The invoice submitted indicates no other allowable charges

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge on or before May 18, 2021.

Dated at Bridgeport, Connecticut, this 4th day of May 2021.

ROBIN D. TABORA, CLERK

BY:   /s/ Donna P. Thomas
       Deputy Clerk